GIDON M. CAINE (Cal. State Bar No. 188110)
**ALSTON & BIRD LLP**
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

Jessica P. Corley (*pro hac vice*)
Elizabeth P. Skola (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., ALAIN COUDER, JERRY TURIN, and JAMES HAYNES,<br><br>Defendants. | Case No.: 3:11-CV-02448-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS, DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**<u>CLASS ACTION</u>** |

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS,
DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

3:11-CV-02448-EMC

1   WHEREAS, Plaintiffs Curtis and Charlotte Westley (collectively, "Plaintiffs"), through
2   their counsel, filed a purported class action complaint ("Complaint") against Defendants Oclaro,
3   Inc., Alain Couder, Jerry Turin, and James Haynes (collectively, "Defendants") in the above-
4   entitled matter on May 19, 2011;

5   WHEREAS, pursuant to the May 19, 2011 Case Management Conference Order, the
6   Initial Case Management Conference is scheduled for August 30, 2011;

7   WHEREAS, the Complaint asserts claims under the federal securities laws that are
8   subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995
9   ("Reform Act"), including those set forth in 15 U.S.C. § 78u-4;

10   WHEREAS, Defendants presently intend to file a motion to dismiss, which would trigger
11   a stay of discovery under the Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

12   WHEREAS, pursuant to the Reform Act, 15 U.S.C. § 78u-4(a)(3), purported class
13   members seeking to serve as Lead Plaintiff in this action must file a motion to be appointed as
14   such no later than July 18, 2011;

15   WHEREAS, additional putative class action complaints similar to the Complaint may be
16   filed before the July 18 deadline, and the parties may need to consider filing a motion to
17   consolidate;

18   WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort
19   by the parties to this action and the Court prior to filing of the motion(s) for appointment of Lead
20   Plaintiff, the parties to this action have agreed, in the interim prior to the appointment of Lead
21   Plaintiff and subject to the Court's approval, to the continuance of the Initial Case Management
22   Conference and an extension of time for Defendants to respond to the Complaint or any
23   superseding Complaint; and

24   WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,
25   arguments, or defenses otherwise available to the parties to this action, including, by not limited
26   to, the right to revisit the timing of the below-referenced pleadings and motions once Lead
27   Counsel has been designated by the Court.

28

1

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS, DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

3:11-CV-02448-EMC

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Defendants shall have no obligation to respond to the Complaint filed in the above-captioned action;

2. Lead Plaintiff(s) shall have forty-five (45) days after entry of an order appointing Lead Plaintiff(s) to file and serve a consolidated or amended complaint ("Consolidated or Amended Complaint") or to notify Defendants that they shall be proceeding on the original Complaint;

3. Defendants shall file and serve any answer or other response within forty-five (45) days of service of the Consolidated or Amended Complaint or after notification by the Lead Plaintiff(s) that they shall be proceeding on the original Complaint;

4. Lead Plaintiff(s) shall file and serve any opposition to Defendants' motion to dismiss within forty-five (45) days of service of the motion to dismiss;

5. Defendants shall file and serve a reply brief in support of the motion to dismiss within thirty (30) days of service of any opposition brief;

6. Service of any papers contemplated by this stipulation shall be accomplished by e-filing such papers with the Court and sending a courtesy copy via next day or Saturday delivery;

7. Oral argument on Defendants' motion to dismiss will be held at such date and time as the parties shall agree upon prior to filing the motion to dismiss, or on such other date and time as the Court shall order;

8. Defendants agree to waive service of process to the extent that service has not been effected on all Defendants. This stipulation shall not be deemed to waive any defense other than as to sufficiency of service of process;

9. The parties agree that discovery in the above-captioned action shall be stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-

2

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS, DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

3:11-CV-02448-EMC

        4(b)(3)(B), until the Court issues an order resolving Defendants' motion to dismiss; and

10. The Initial Case Management Conference, currently scheduled for September 2, 2011, is hereby adjourned to: (a) 30 days after defendants file an answer; (b) 60 days after (i) the Court rules on Defendants' motion to dismiss and (ii) Lead Plaintiff(s) inform the Court that they will not further amend their Complaint; or (c) to such other date and time as this Court shall order. Until the date of such Case Management Conference, the stay of discovery shall stay in place, subject to the parties' right to seek to lift the stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B).

DATED: June 29, 2011

| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ALSTON & BIRD LLP** |
|---|---|
| By:  /s/ Shawn A. Williams<br>SHAWN A. WILLIAMS (Cal. State Bar No. 213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4534<br>shawnw@rgrdlaw.com | By:  /s/ Gidon M. Caine<br>GIDON M. CAINE (Cal. State Bar No. 188110)<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, California 94025-4008<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001<br>gidon.caine@alston.com |
| and | and |
| DARREN J. ROBBINS (Cal. State Bar No. 168593)<br>DAVID C. WALTON (Cal. State Bar No. 167268)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>darrenr@rgrdlaw.com<br>davew@rgrdlaw.com | JESSICA P. CORLEY (*pro hac vice*)<br>ELIZABETH P. SKOLA (*pro hac vice*)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>jessica.corley@alston.com<br>elizabeth.skola@alston.com |
| *Counsel for Plaintiffs Curtis and Charlotte Westley* | *Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes* |

3

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS, DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

3:11-CV-02448-EMC

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Scheduling Filing of Consolidated Complaint by Lead Plaintiffs, Defendants' Response Thereto, and Rescheduling Initial Case Management Conference. Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: JUNE 29, 2011            /S/ GIDON M. CAINE
                                GIDON M. CAINE (CAL. STATE BAR NO. 188110)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management conference is reset from 9/2/11 to 12/2/11 at 9:00 a.m. in Courtroom 5, 17th Fl. A joint CMC Statement shall be filed by 11/25/11.

DATED: 7/1/11

Hon. Edward M. Chen
United States District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4

STIPULATION AND [PROPOSED] ORDER SCHEDULING FILING OF CONSOLIDATED COMPLAINT BY LEAD PLAINTIFFS, DEFENDANTS' RESPONSE THERETO, AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

3:11-CV-02448-EMC