GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

Jessica P. Corley (admitted *pro hac vice*)
Elizabeth P. Skola (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OCLARO, INC., et al.,<br><br>　　　　Defendants. | Case No.  C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>WESTLEY v. OCLARO | Lead Case No. C11-3176 EMC<br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1    WHEREAS, Plaintiffs Curtis and Charlotte Westley (collectively, "Plaintiffs"), through their
2    counsel, filed a purported class action complaint ("Complaint") against defendants Oclaro, Inc.,
3    Alain Couder, Jerry Turin, and James Haynes in the above-entitled matter on May 19, 2011;
4    WHEREAS, on July 1, 2011, upon the parties' stipulation, the Court issued an order
5    requiring the parties to file a Joint Case Management Conference Statement by November 25, 2011
6    and scheduling the Case Management Conference for December 2, 2011;
7    WHEREAS, on July 18, 2011, the Connecticut Laborers' Pension Fund (the "Fund") moved
8    the Court for an order appointing the Fund as Lead Plaintiff and approving its selection of counsel as
9    Lead Counsel;
10    WHEREAS, on September 12, 2011, the Court entered an order granting the Fund's motion
11    and appointing it as Lead Plaintiff;
12    WHEREAS, on October 27, 2011, Lead Plaintiff filed an amended complaint for violation of
13    the federal securities laws ("Amended Complaint") against defendants Oclaro, Inc., Alain Couder,
14    and Jerry Turin (collectively, "Defendants");
15    WHEREAS, the Amended Complaint asserts claims under the federal securities laws that are
16    subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995
17    ("Reform Act"), including those set forth in 15 U.S.C. § 78u-4;
18    WHEREAS, Defendants presently intend to file a motion to dismiss the Amended Complaint
19    on December 12, 2011, which would trigger a stay of discovery under the Reform Act, 15 U.S.C. §
20    78u-4(b)(3)(B);
21    WHEREAS, under the current schedule stipulated by the parties and approved by the Court
22    on July 1, 2011, the briefing on the motion to dismiss will take place through the end of February
23    2012;
24    WHEREAS, the parties intend to request an oral argument date on the motion to dismiss in
25    March 2012;
26    WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by
27    the parties to this action and the Court prior to full briefing on the motion to dismiss, the parties to

this action have agreed, in the interim prior to the resolution of the motion to dismiss and subject to the Court's approval, to the continuance of the Case Management Conference and all associated obligations, including the filing of the Joint Case Management Statement; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

The Case Management Conference, currently scheduled for December 2, 2011, is hereby adjourned to: (a) 30 days after Defendants file an answer; (b) 60 days after (i) the Court rules on Defendants' motion to dismiss and (ii) Lead Plaintiff informs the Court that it will not further amend their Complaint; or (c) to such other date and time as this Court shall order. Until the date of such Case Management Conference, the stay of discovery pursuant to the Reform Act shall stay in place, subject to the parties' right to seek to lift the stay pursuant to 15 U.S.C. § 78u-4(b)(3)(B).

DATED: November 22, 2011

| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ALSTON & BIRD LLP** |
|---|---|
| By: /s/ Shawn A. Williams<br>SHAWN A. WILLIAMS (Cal. State Bar No. 213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4534<br>shawnw@rgrdlaw.com | By: /s/ Gidon M. Caine<br>GIDON M. CAINE (Cal. State Bar No. 188110)<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, California 94025-4008<br>Telephone: (650) 838-2000<br>Facsimile: (650) 838-2001<br>gidon.caine@alston.com |
| and | and |
| JULIE A. KEARNS (Cal. State Bar No. 246949)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>jkearns@rgrdlaw.com<br><br>*Counsel for Plaintiffs* | JESSICA P. CORLEY (*pro hac vice*)<br>ELIZABETH P. SKOLA (*pro hac vice*)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>jessica.corley@alston.com<br>elizabeth.skola@alston.com |

*Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Rescheduling Case Management Conference. Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: NOVEMBER 22, 2011          /S/ GIDON M. CAINE
                                  GIDON M. CAINE (CAL. STATE BAR NO. 188110)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The CMC is reset from 12/2/11 to 3/23/12 at 9:00 a.m. A joint CMC statement shall be filed by 3/16/12

DATED: 11/29/11

Hon. Edward M. Chen
District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

3

STIPUTLATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE