ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>OCLARO, INC., et al.,<br><br>              Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br>    No. C11-02448-EMC | |

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR LEAD
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AMENDED
COMPLAINT

678863_1

1  WHEREAS, on October 27, 2011, lead plaintiff Connecticut Laborers' Pension Fund filed the Amended Complaint for Violation of the Federal Securities Laws. Dkt. No. 39.

WHEREAS, on December 12, 2011, defendants filed their Notice of Motion and Motion to Dismiss Amended Complaint for Violation of the Federal Securities Laws and Memorandum of Points and Authorities ("Motion to Dismiss"). Dkt. No. 44.

WHEREAS, lead plaintiff is scheduled to file its opposition to the Motion to Dismiss no later than January 26, 2012.

WHEREAS, defendants are currently scheduled to file their reply in support of the Motion to Dismiss on February 27, 2012.

WHEREAS, counsel for lead plaintiff, due to scheduling conflicts, has requested an agreement from counsel for defendants, to extend the date for lead plaintiff to file its opposition to the Motion to Dismiss from January 26, 2012 to February 3, 2012.

WHEREAS, the hearing on defendants' Motion to Dismiss is currently scheduled for March 23, 2012 at 1:30 p.m. and the requested modification will not affect the hearing date set for the Motion to Dismiss.

WHEREAS, the parties, through their counsel of record, have met and conferred and agreed, subject to approval of the Court that the date for lead plaintiff's opposition to the Motion to Dismiss shall be extended until February 3, 2012. Defendants' reply brief shall be filed no later than March 2, 2012. The date for hearing on the Motion to Dismiss shall remain March 23, 2012 at 1:30 p.m.

NOW THEREFORE, lead plaintiff's opposition to defendants' Motion to Dismiss shall be filed no later than February 3, 2012. Defendants' reply shall be filed no later than March 2, 2012. The hearing on defendants' Motion to Dismiss shall remain on March 23, 2012 at 1:30 p.m.

DATED: January 20, 2012                ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                       SHAWN A. WILLIAMS


                                            s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

678863_1  STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR LEAD PLTF'S
RESPONSE TO DEFS' MOTION TO DISMISS AMENDED COMPLAINT - C11-02448-EMC     - 1 -

| | |
|---|---|
| 1 | |
| 2 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| 3 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 4 | |
| 5 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JULIE A. KEARNS |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 8 | |
| 9 | Lead Counsel for Plaintiffs |
| 10 | ROBERT M. CHEVERIE & ASSOCIATES<br>GREGORY S. CAMPORA |
| 11 | Commerce Center One<br>333 E. River Drive, Suite 101<br>East Hartford, CT  06108 |
| 12 | Telephone:  860/290-9610<br>860/290-9611 (fax) |
| 13 | |
| 14 | HOLZER HOLZER & FISTEL, LLC<br>MICHAEL I. FISTEL, JR. |
| 15 | 200 Ashford Center North, Suite 300<br>Atlanta, GA  30338 |
| 16 | Telephone:  770/392-0090<br>770/392-0029 (fax) |
| 17 | DYER & BERENS LLP<br>ROBERT J. DYER III |
| 18 | JEFFREY A. BERENS<br>303 East 17th Avenue, Suite 300 |
| 19 | Denver, CO  80203<br>Telephone:  303/861-1764 |
| 20 | 303/395-0393 (fax) |
| 21 | Additional Counsel for Plaintiff |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

678863_1

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR LEAD PLTF'S
RESPONSE TO DEFS' MOTION TO DISMISS AMENDED COMPLAINT - C11-02448-EMC         - 2 -

1  DATED: January 20, 2012                    ALSTON & BIRD LLP
                                              GIDON M. CAINE

                                                    s/ Gidon M. Caine
                                              GIDON M. CAINE

                                              275 Middlefield Road, Suite 150
                                              Menlo Park, CA 94025-4008
                                              Telephone: 650/838-2000
                                              650/838-2001 (fax)

                                              Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending the Date for Lead Plaintiff's Response to Defendants' Motion to Dismiss Amended Complaint. In compliance with General Order 45.X.B, I hereby attest that Gidon M. Caine has concurred in this filing.

Dated: January 20, 2012             By:       s/ Shawn A. Williams
                                              SHAWN A. WILLIAMS

                              *       *       *

**O R D E R**

IT IS SO ORDERED.

DATED: 1/24/12                                _____
                                              THE HONORABLE EDWARD M. CHEN
                                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2012.

     s/ Shawn A. Williams
    SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

678863_1

## Mailing Information for a Case 3:11-cv-02448-EMC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,millisa.coe@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,brett@johnsonandweaver.com,shelbyr@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,arivas@finkestienthompson.com,srenwick@finkelsteinthompson.com,bassad@finkelsteinthompson.com,rrivas@finkelsteinthom

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Elizabeth Patz Skola**
  elizabeth.skola@alston.com,chuck.mattson@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert              J. Dyer                                          , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```