GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

Jessica P. Corley (admitted *pro hac vice*)
Elizabeth P. Skola (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jessica.corley@alston.com
elizabeth.skola@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | Case No. C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>WESTLEY v. OCLARO | Lead Case No. C11-3176 EMC<br>(Derivative Action)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING PLAINTIFFS' FILING OF SECOND AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO AND RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, Plaintiffs Curtis and Charlotte Westley (collectively, "Plaintiffs"), through their
2  counsel, filed a purported class action complaint ("Complaint") against Defendants Oclaro, Inc.,
3  Alain Couder, Jerry Turin, and James Haynes (collectively, "Defendants") in the above-entitled
4  matter on May 19, 2011;

5  WHEREAS, on July 18, 2011, the Connecticut Laborers' Pension Fund (the "Fund") moved
6  the Court for an order appointing the Fund as Lead Plaintiff and approving its selection of counsel as
7  Lead Counsel;

8  WHEREAS, on September 12, 2011, the Court entered an order granting the Fund's motion
9  and appointing it as Lead Plaintiff;

10  WHEREAS, on October 27, 2011, Lead Plaintiff filed an amended complaint for violation of
11  the federal securities laws ("Amended Complaint") against Defendants Oclaro, Inc., Alain Couder,
12  and Jerry Turin;

13  WHEREAS, the Amended Complaint asserts claims under the federal securities laws that are
14  subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995
15  ("Reform Act"), including those set forth in 15 U.S.C. § 78u-4;

16  WHEREAS, Defendants filed a motion to dismiss the Amended Complaint on December 12,
17  2011, triggering a stay of discovery under the Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

18  WHEREAS, on March 2, 2012, the Clerk issued notice that the Case Management
19  Conference, previously scheduled for March 23, 2012, was reset for April 27, 2012 and the Case
20  Management Statement was due April 20, 2012;

21  WHEREAS, the Court held a hearing on March 23, 2012 on the motion to dismiss the
22  Amended Complaint;

23  WHEREAS, on March 27, 2012, the Court entered an order granting Defendants' motion to
24  dismiss the Amended Complaint without prejudice and allowing Plaintiffs thirty (30) days to file an
25  amended complaint ("Second Amended Complaint");

26  WHEREAS, under the current schedule, Plaintiffs have until April 26, 2012 to file the
27  Second Amended Complaint;

28

1

STIPUTLATION AND [PROPOSED] ORDER SCHEDULING PLAINTIFFS' FILING OF SECOND AMENDED COMPLAINT AND
DEFENDANTS' RESPONSE THERETO AND RESCHEDULING CASE MANAGEMENT CONFERENCE

WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or effort by the parties to this action and the Court prior to filing of the motion to dismiss, the parties to this action have agreed, in the interim prior to the decision on the motion to dismiss and subject to the Court's approval, to the continuance of the Case Management Conference and all associated obligations, including the filing of the Joint Case Management Statement; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Plaintiffs shall have until April 26, 2012 to file and serve the Second Amended Complaint;

2. Defendants shall file and serve any answer or other response on or before May 25, 2012;

3. Plaintiffs shall file and serve any opposition to Defendants' motion to dismiss the Second Amended Complaint on or before June 25, 2012;

4. Defendants shall file and serve any reply in support of their motion to dismiss the Second Amended Complaint on or before July 16, 2012;

5. Oral argument on Defendants' motion to dismiss will be held on August ~~17~~ 24, 2012, or on such other date and time as the Court shall order;

6. The parties agree that discovery in the above-captioned action shall be stayed pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B), until the Court issues an order resolving Defendants' motion to dismiss the Second Amended Complaint;

7. The Case Management Conference, currently scheduled for April 27, 2012, is hereby reset for September 28, 2012 at 9:00 a.m. ~~adjourned to 30 days after the Court rules on Defendants' motion to dismiss.~~

8. The deadline for the Case Management Statement, currently due April 20, 2012, shall be extended until one week prior to the rescheduled Case Management Conference.

DATED:  April 19, 2012

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ALSTON & BIRD LLP** |
| By:  /s/ Shawn A. Williams<br>  SHAWN A. WILLIAMS (Cal. State Bar No. 213113)<br>  Post Montgomery Center<br>  One Montgomery Street, Suite 1800<br>  San Francisco, California 94104<br>  Telephone: (415) 288-4545<br>  Facsimile (415) 288-4534<br>  shawnw@rgrdlaw.com | By:  /s/ Gidon M. Caine<br>  GIDON M. CAINE (Cal. State Bar No. 188110)<br>  275 Middlefield Road<br>  Suite 150<br>  Menlo Park, California 94025-4008<br>  Telephone:  (650) 838-2000<br>  Facsimile:  (650) 838-2001<br>  gidon.caine@alston.com |
| and | and |
| JULIE A. KEARNS (Cal. State Bar No. 246949)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>jkearns@rgrdlaw.com | JESSICA P. CORLEY (*pro hac vice*)<br>ELIZABETH P. SKOLA (*pro hac vice*)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile:  (404) 881-7777<br>jessica.corley@alston.com<br>elizabeth.skola@alston.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes* |

### SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Rescheduling Case Management Conference.  Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: APRIL 19, 2012          /S/ GIDON M. CAINE
                               GIDON M. CAINE (CAL. STATE BAR NO. 188110)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 20, 2012         _____
                               Hon. Edward M. Chen
                               United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen