GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

JESSICA P. CORLEY (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>OCLARO, INC., et al.,<br><br>        Defendants. | Case No.  C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. C11-3176 EMC<br>(Derivative Action) |
| This Document Relates to:<br><br>No. C11-2448 EMC | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a Class Action Complaint for Violation of the Federal Securities Laws ("Complaint") (Dkt. No. 1) against defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes in the above-entitled matter;

WHEREAS, on October 27, 2011, Lead Plaintiff Connecticut Laborers' Pension Fund ("Lead Plaintiff") filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 39) against Defendants Oclaro, Inc., Alain Couder, and Jerry Turin (collectively, "Defendants");

WHEREAS, on March 27, 2012, the Court issued an Order granting Defendants' motion to dismiss the Amended Complaint and Lead Plaintiff leave to amend (Dkt. No. 58);

WHEREAS, on April 26, 2012, Lead Plaintiff filed a Second Amended Complaint for Violation of the Federal Securities Laws ("Second Amended Complaint") (Dkt. No. 62);

WHEREAS, on May 25, 2012, Defendants filed a motion to dismiss the Second Amended Complaint (Dkt. No. 63);

WHEREAS, on April 20, 2012, the Court issued notice scheduling the Case Management Conference for September 28, 2012 and the filing of the parties' Joint Case Management Statement for September 21, 2012 (Dkt. No. 61);

WHEREAS, on August 31, 2012, the Court held a hearing on Defendants' motion to dismiss the Second Amended Complaint and has yet to issue an order resolving the motion;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), discovery is currently stayed until the Court issues an order resolving Defendants' motion to dismiss the Second Amended Complaint;

WHEREAS, in order to avoid the unnecessary expenditure of the Court's resources or effort by the parties to this action, the parties have agreed, subject to the Court's approval, to a sixty (60) day continuance of the Case Management Conference and all associated obligations, including the filing of the Joint Case Management Statement; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. To the extent the Court does not issue an order resolving Defendants' motion to dismiss the Second Amended Complaint in the interim, the Case Management Conference, currently scheduled for September 28, 2012, is hereby continued to November 30, 2012, or another date at least sixty (60) days out from September 28, 2012 that is convenient to the Court;

2. To the extent the Court denies Defendants' motion to dismiss the Second Amended Complaint, the parties will work together to set another date for the Case Management Conference; and

3. The deadline for the Joint Case Management Statement, currently due September 21, 2012, shall be extended to one week prior to the rescheduled Case Management Conference.

DATED:  September 20, 2012

| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ALSTON & BIRD LLP** |
|---|---|
| By: _/s/ Julie A. Kearns_<br>JULIE A. KEARNS (Cal. State Bar No. 246949)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>jkearns@rgrdlaw.com | By: _/s/ Gidon M. Caine_<br>GIDON M. CAINE (Cal. State Bar No. 188110)<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, California 94025-4008<br>Telephone:  (650) 838-2000<br>Facsimile:  (650) 838-2001<br>gidon.caine@alston.com |
| and | and |
| SHAWN A. WILLIAMS (Cal. State Bar No. 213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4534<br>shawnw@rgrdlaw.com | JESSICA P. CORLEY (*pro hac vice*)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile:  (404) 881-7777<br>jessica.corley@alston.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Rescheduling Case Management Conference. Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: SEPTEMBER 20, 2012     /S/ GIDON M. CAINE
GIDON M. CAINE (CAL. STATE BAR NO. 188110)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**    CMC is reset from 9/28/12 to 11/9/12 at 9:00 a.m. A joint CMC Statement shall be filed by 11/2/12.

DATED: 9/21/12

HON. EDWARD M. CHEN
U.S. District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE