ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>OCLARO, INC., et al.,<br><br>                    Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br>    C11-02448-EMC. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR
LEAD PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

777094_1

1  The parties, through their respective counsel of record, hereby submit this stipulated
2 agreement regarding the deadline for lead plaintiff to file its third amended complaint.
3  WHEREAS, on September 21, 2012, the Court issued an Order Granting Defendants'
4 Motion to Dismiss Second Amended Complaint ("September 21 Order") (Dkt. No. 79);
5  WHEREAS, the September 21 Order provides that lead plaintiff must file a third amended
6 complaint no later than 30 days from the date of entry of the September 21 Order, or by October 22,
7 2012;
8  WHEREAS, on October 4, 2012, lead plaintiff filed a Motion for Leave to File Motion for
9 Reconsideration of September 21, 2012 Order Granting Defendants' Motion to Dismiss Second
10 Amended Complaint ("Motion for Leave") pursuant to Civil L.R. 7-9 (Dkt. No. 81);
11  WHEREAS, on October 9, 2012 the clerk issued a Notice that the Court had set a date for
12 hearing on the Motion for Leave for November 9, 2012 at 1:30 p.m. (Dkt. No. 83);
13  WHEREAS, it is lead plaintiff's position that it is in the best interest of all parties to await
14 guidance from the Court in connection with lead plaintiff's Motion for Leave before filing a third
15 amended complaint;
16  WHEREAS, counsel for lead plaintiff has requested an agreement from defendants extending
17 the date upon which lead plaintiff must file the third amended complaint until after the Court rules
18 on the Motion for Leave; and
19  WHEREAS, counsel for defendants, in light of the request, has agreed to enter into a
20 stipulation, subject to the approval of the Court, extending the date for lead plaintiff to file a third
21 amended complaint until after the court rules on the Motion for Leave.
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The deadline for lead plaintiff to file its third amended complaint shall be extended until 14 days after the Court issues an order on the Motion for Leave.

DATED: October 16, 2012   ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS

          s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610
860/290-9611 (fax)

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiff

| | |
|---|---|
| DATED: October 16, 2012 | ALSTON & BIRD LLP<br>GIDON M. CAINE |

                                    s/ Gidon M. Caine
                                    GIDON M. CAINE

275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:  650/838-2000
650/838-2001 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order to Extend the Deadline for Plaintiff to File Third Amended Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

| | |
|---|---|
| DATED: October 16, 2012 | s/ Shawn A. Williams<br>SHAWN A. WILLIAMS |

*     *     *

**O R D E R**

IT IS SO ORDERED.

DATED: October 17, 2012

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Edward M. Chen* (signature seal)

777094_1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR LEAD PLAINTIFF TO FILE THIRD AMENDED COMPLAINT - C11-02448-EMC         - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 16, 2012.

          s/ Shawn A. Williams
          SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

777094_1

## Mailing Information for a Case 3:11-cv-02448-EMC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,tina.mehr@alston.com,kathy.kirk@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,davide@johnsonandweaver.com,brett@johnsonandweaver.com,shelbyr@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  mpunzalan@finkelsteinthompson.com,arivas@finkestienthompson.com,srenwick@finkelsteinthompson.com,bassad@finkelsteinthompson.com,rrivas@finkelsteinthompson.com,ssl

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Elizabeth Patz Skola**
  elizabeth.skola@alston.com,chuck.mattson@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert                     J. Dyer                                                , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```