GIDON M. CAINE (Cal. State Bar No. 188110)
TINA MEHR (Cal. State Bar No. 275659)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com
tina.mehr@alston.com

JESSICA P. CORLEY (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jessica.corley@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | Case No. C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>No. C11-2448 EMC | Lead Case No. C11-3176 EMC<br>(Derivative Action)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

1    WHEREAS, on September 21, 2012, the Court issued an order Granting Defendants' Motion
2    to Dismiss Second Amended Complaint ("September 21 Order") (Dkt. 79);

3    WHEREAS, on October 4, 2012, lead plaintiff's filed a Motion for Leave to File Motion for
4    Reconsideration of September 21, 2012 Order Granting Defendants' Motion to Dismiss Second
5    Amended Complaint ("Motion for Leave") pursuant to Civ. L.R. 7- 9 (Dkt. 81);

6    WHEREAS, on October 9, 2012 the Court issued a Clerk's Notice setting a date for hearing
7    on the Motion for Leave for November 9, 2012 at 1:30 pm. (Dkt. 83);

8    WHEREAS, thereafter the Court instructed defendants to file an opposition to lead plaintiff's
9    Motion for Leave and lead plaintiff to file a reply in support of the Motion for Leave; and

10   WHEREAS, the parties have agreed to enter into a stipulation, subject to the approval of the
11   Court, (1) rescheduling the hearing on the Motion for Leave to December 11, 2012 at 1:30 p.m., (2)
12   setting a deadline of October 30, 2012 for defendants to file an opposition to lead plaintiff's Motion
13   for Leave, and (3) setting a deadline of November 16, 2012 for lead plaintiff to file a reply in support
14   of the Motion for Leave.

15   IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

16   1.   The hearing on lead plaintiff's Motion for Leave is scheduled for December 11, 2012 at
17        1:30 p.m.

18   2.   Defendants' opposition to lead plaintiff's Motion for Leave is due on October 30, 2012.

19   3.   Lead plaintiff's reply in support of the Motion for Leave is due on November 16, 2012.

20   DATED:  October 23, 2012

21   **ROBBINS GELLER RUDMAN &**          **ALSTON & BIRD LLP**
     **DOWD LLP**
22

23   By:  _/s/ SHAWN A. WILIAMS_____      By:  _/s/ Gidon M. Caine_____
       SHAWN A. WILLIAMS (Cal. State Bar    GIDON M. CAINE (Cal. State Bar No. 188110)
24     No. 213113)                          TINA MEHR (Cal. State Bar. No. 275659)
       Post Montgomery Center               275 Middlefield Road
25     One Montgomery Street, Suite 1800    Suite 150
       San Francisco, California 94104      Menlo Park, California 94025-4008
26     Telephone: (415) 288-4545            Telephone:  (650) 838-2000
       Facsimile (415) 288-4534            Facsimile:  (650) 838-2001
27     shawnw@rgrdlaw.com                   gidon.caine@alston.com
                                            tina.mehr@alston.com
28   and                                   and

1

JULIE A. KEARNS (Cal. State Bar No. 246949)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
jkearns@rgrdlaw.com

JESSICA P. CORLEY (*pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com

*Counsel for Plaintiffs*

*Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Rescheduling Case Management Conference.  Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Tina Mehr, attest that concurrence in the filing of this document has been obtained.

DATED:  OCTOBER 23, 2012          /S/ TINA MEHR
                                  TINA MEHR (CAL. STATE BAR NO. 275659)

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____Octboer 24, 2012_____          _____
                                           HON. EDWARD M. CHEN
                                           United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR LEAVE
TO FILE MOTION FOR RECONSIDERATION