GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

JESSICA P. CORLEY (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jessica.corley@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>OCLARO, INC., et al.,<br><br>           Defendants. | Case No. C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. C11-3176 EMC<br>(Derivative Action) |
| This Document Relates to:<br><br>No. C11-2448 EMC | **STIPULATION AND [PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE STATEMENT** |

1   WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a Class Action
2   Complaint for Violation of the Federal Securities Laws ("Complaint") (Dkt. No. 1) against
3   defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes in the above-entitled matter;
4   WHEREAS, on October 27, 2011, Lead Plaintiff Connecticut Laborers' Pension Fund
5   ("Lead Plaintiff") filed an Amended Complaint for Violation of the Federal Securities Laws
6   ("Amended Complaint") (Dkt. No. 39) against Defendants Oclaro, Inc., Alain Couder, and Jerry
7   Turin (collectively, "Defendants");
8   WHEREAS, on December 12, 2011, Defendants filed a motion to dismiss the Amended
9   Complaint (Dkt. No. 44);
10  WHEREAS, on March 27, 2012, the Court issued an Order granting Defendants' motion to
11  dismiss the Amended Complaint and Lead Plaintiff leave to amend (Dkt. No. 58);
12  WHEREAS, on April 26, 2012, Lead Plaintiff filed a Second Amended Complaint for
13  Violation of the Federal Securities Laws ("Second Amended Complaint") (Dkt. No. 62);
14  WHEREAS, on May 25, 2012, Defendants filed a motion to dismiss the Second Amended
15  Complaint (Dkt. No. 63);
16  WHEREAS, on September 21, 2012, the Court issued an Order granting Defendants' motion
17  to dismiss the Second Amended Complaint and Lead Plaintiff leave to amend ("September 21
18  Order") (Dkt. No. 79);
19  WHEREAS, on October 4, 2012, Lead Plaintiff filed a Motion for Leave to File Motion for
20  Reconsideration of the September 21 Order ("Motion for Leave") (Dkt. No. 82);
21  WHEREAS, on October 29, 2012, the Court issued notice rescheduling the Case
22  Management Conference for December 11, 2012 and the filing of the parties' Joint Case
23  Management Statement for December 4, 2012 (Dkt. No. 90);
24  WHEREAS, on October 30, 2012, Defendants filed an Opposition to Lead Plaintiff's Motion
25  for Leave (Dkt. No. 91);
26  WHEREAS, on November 17, 2012, Lead Plaintiff filed a Reply in Support of the Motion
27  for Leave (Dkt. No. 93);
28  WHEREAS, on December 11, 2012, the Court will hold a hearing on Lead Plaintiff's Motion

for Leave;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B), discovery is currently stayed during the pendency of Defendants' motion to dismiss;

WHEREAS, based on the discovery stay and in order to avoid the unnecessary expenditure of the Court's resources or effort by the parties to this action, the parties have agreed, subject to the Court's approval, that there is no need at this time for the parties to file the Joint Case Management Conference Statement; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the parties to this action.

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The parties do not need to file a Case Management Conference Statement on December 4, 2012.

DATED:  November 27, 2012

| **ROBBINS GELLER RUDMAN & DOWD LLP** | **ALSTON & BIRD LLP** |
|---|---|
| By:  _/s/ Julie A. Kearns_<br>JULIE A. KEARNS (Cal. State Bar No. 246949)<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>jkearns@rgrdlaw.com<br><br>and<br><br>SHAWN A. WILLIAMS (Cal. State Bar No. 213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: (415) 288-4545<br>Facsimile (415) 288-4534<br>shawnw@rgrdlaw.com<br><br>*Counsel for Plaintiffs* | By:  _/s/ Gidon M. Caine_<br>GIDON M. CAINE (Cal. State Bar No. 188110)<br>275 Middlefield Road<br>Suite 150<br>Menlo Park, California 94025-4008<br>Telephone:  (650) 838-2000<br>Facsimile:  (650) 838-2001<br>gidon.caine@alston.com<br><br>and<br><br>JESSICA P. CORLEY (*pro hac vice*)<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile:  (404) 881-7777<br>jessica.corley@alston.com<br><br>*Counsel for Defendants Oclaro, Inc., Alain Couder, Jerry Turin* |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order on Case Management Conference Statement. Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: NOVEMBER 27, 2012        /S/ GIDON M. CAINE
                                GIDON M. CAINE (CAL. STATE BAR NO. 188110)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 28, 2012        _____
                                HON. EDWARD
                                United States



3
STIPULATION AND [PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE STATEMENT