GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

JESSICA P. CORLEY (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com

Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>OCLARO, INC., et al.,<br><br>              Defendants. | Case No.  C11-2448 EMC<br>and related consolidated action |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>No. C11-2448 EMC | Lead Case No. C11-3176 EMC<br>(Derivative Action)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a Class Action Complaint for Violation of the Federal Securities Laws ("Complaint") (Dkt. No. 1) against defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes in the above-entitled matter;

WHEREAS, on October 27, 2011, Lead Plaintiff Connecticut Laborers' Pension Fund ("Lead Plaintiff") filed an Amended Complaint for Violation of the Federal Securities Laws ("Amended Complaint") (Dkt. No. 39) against Defendants Oclaro, Inc., Alain Couder, and Jerry Turin (collectively, "Defendants");

WHEREAS, on December 12, 2011, Defendants filed a motion to dismiss the Amended Complaint (Dkt. No. 44);

WHEREAS, on March 27, 2012, the Court issued an Order granting Defendants' motion to dismiss the Amended Complaint and Lead Plaintiff leave to amend (Dkt. No. 58);

WHEREAS, on April 26, 2012, Lead Plaintiff filed a Second Amended Complaint for Violation of the Federal Securities Laws ("Second Amended Complaint") (Dkt. No. 62);

WHEREAS, on May 25, 2012, Defendants filed a motion to dismiss the Second Amended Complaint (Dkt. No. 63);

WHEREAS, on September 21, 2012, the Court issued an Order granting Defendants' motion to dismiss the Second Amended Complaint and Lead Plaintiff leave to amend ("September 21 Order") (Dkt. No. 79);

WHEREAS, on October 4, 2012, Lead Plaintiff filed a Motion for Leave to File Motion for Reconsideration of the September 21 Order ("Motion for Leave") (Dkt. No. 82);

WHEREAS, on October 29, 2012, the Court issued notice rescheduling the Case Management Conference for December 11, 2012 and the filing of the parties' Joint Case Management Statement for December 4, 2012 (Dkt. No. 90);

WHEREAS, on October 30, 2012, Defendants filed an Opposition to Lead Plaintiff's Motion for Leave (Dkt. No. 91);

WHEREAS, on November 16, 2012, Lead Plaintiff filed a Reply in Support of the Motion for Leave (Dkt. No. 93);

WHEREAS, on November 28, 2012, the Court issued notice providing that the parties would

1   not need to file a Case Management Conference Statement on December 4, 2012 (Dkt. No. 95);

2       WHEREAS, on December 10, 2012, the Court issued notice rescheduling the Case

3   Management Conference for January 17, 2013 and the filing of the parties' Joint Case Management

4   Statement for January 10, 2013 (Dkt. No. 97);

5       WHEREAS, on December 11, 2012, the Court held a hearing on Lead Plaintiff's Motion for

6   Leave and has yet to issue an order;

7       WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C.

8   § 78u-4(b)(3)(B), discovery is currently stayed during the pendency of Defendants' motion to

9   dismiss;

10      WHEREAS, based on the discovery stay and in order to avoid the unnecessary expenditure

11  of the Court's resources or effort by the parties to this action, the parties have agreed, subject to the

12  Court's approval, that there is no need at this time for the parties to file the Joint Case Management

13  Conference Statement or have a Case Management Conference; and

14      WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights,

15  arguments, or defenses otherwise available to the parties to this action.

16      NOW THEREFORE, the undersigned parties, by and through their counsel of record,

17  stipulate as follows:

18      1.      The parties do not need to file a Case Management Conference Statement on January

19              10, 2013 or have a Case Management Conference on January 17, 2013.

20  DATED:  January 8, 2013

21  **ROBBINS GELLER RUDMAN &**           **ALSTON & BIRD LLP**
        **DOWD LLP**
22

23  By:  _/s/ Julie A. Kearns_____          By:  _/s/ Gidon M. Caine_____
        JULIE A. KEARNS (Cal. State Bar No.       GIDON M. CAINE (Cal. State Bar No. 188110)
24      246949)                                     275 Middlefield Road
        655 West Broadway, Suite 1900              Suite 150
25      San Diego, California 92101                Menlo Park, California 94025-4008
        Telephone: (619) 231-1058                  Telephone:  (650) 838-2000
26      Facsimile: (619) 231-7423                   Facsimile:  (650) 838-2001
        jkearns@rgrdlaw.com                         gidon.caine@alston.com
27
        and                                         and
28
        SHAWN A. WILLIAMS (Cal. State Bar          JESSICA P. CORLEY (*pro hac vice*)

No. 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 288-4545
Facsimile (415) 288-4534
shawnw@rgrdlaw.com

*Counsel for Plaintiffs*

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com

*Counsel for Defendants Oclaro, Inc., Alain Couder,
Jerry Turin*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Rescheduling Case Management Conference.  Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED:  JANUARY 8, 2013            __/S/ GIDON M. CAINE_____
                                GIDON M. CAINE (CAL. STATE BAR NO. 188110)


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**    The Further CMC is reset for 3/21/13 at 10:30 a.m. An updated joint CMC statement shall be filed by 3/14/13.

DATED: ____1/9/13_____

                                HON. EDWARD M. CHEN
                                United States District Court Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA