# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | No. 11-cv-02448 EMC (NC)<br>and related consolidated action<br>(Lead Case No. 11-cv-03176 EMC (NC))<br>(Derivative Action)<br><br>**ORDER TO MEET AND CONFER**<br><br>Re: Dkt. No. 114 |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. 11-cv-03176 EMC (NC)<br>(Related cases:<br>11-cv-03214 EMC (NC)<br>11-cv-03322 EMC (NC)<br>11-cv-03668 EMC (NC))<br>(Derivative Action) |
| This Document Relates to:<br><br>*Westley v. Oclaro, Inc., et al.*,<br>11-cv-02448-EMC (NC) | |

This case was referred to this Court for all discovery purposes including the joint letter dated February 20, 2013, Dkt. No. 114. *See* Dkt. No. 119. The joint letter seeks guidance on the appropriate scope of discovery in connection with discovery propounded by Lead Plaintiff. The Court is not satisfied that the parties have fully met and conferred to

Case No. 11-cv-02448 EMC (NC)
ORDER TO MEET AND CONFER

resolve their dispute.  Accordingly, counsel for the parties are ordered to meet and confer with each other in person or by telephone.  *See* Mag. Judge N. Cousins, Civil Standing Order, updated Aug. 24, 2012.  If the conference fails to resolve the dispute, the parties may file a joint letter brief, in accordance with my standing discovery order, by March 15.  At that time, the Court will set a telephonic conference, or a hearing, if necessary.

Docket entry No. 114 is ordered denied without prejudice.

IT IS SO ORDERED.

Date: March 7, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge