# ALSTON&BIRD LLP

275 Middleton Road, Suite 150
Menlo Park, CA  94025-4004

650-838-2000
Fax: 650-838-2001
www.alston.com

**Gidon M. Caine**          **Direct Dial: 650-838-2060**          **Email: gidon.caine@alston.com**

March 14, 2013

The Honorable Nathanael M. Cousins
United States Magistrate Judge
United States District Court
 For the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

     Re:    *Westley v. Oclaro, Inc.*, No. 3:11-CV-02448 EMC (NC)
              (N.D. Cal. filed May 19, 2011)

Dear Judge Cousins:

     The parties respectfully submit this letter to update this Court on the parties' efforts to resolve the discovery disputes between them.

     On March 7, Your Honor ordered the parties to meet-and-confer with respect to certain discovery disputes, either in person or by telephone.  Pursuant to the Order, if the parties failed to reach a compromise, the parties could file a joint letter brief by March 15.

     In accord with the March 7 Order, on March 13, counsel for the parties met in person at the San Francisco offices of Lead Plaintiff's lead counsel, Robbins Geller Rudman & Dowd LLP.  Three additional attorneys from Defendants' counsel, Alston & Bird LLP, participated by telephone.  During the three-and-a-half hour conference, the parties discussed the overall scope of discovery, the collection of back-up tapes and hard drive images, the meta-data available for documents subject to production, the custodians to be searched, and other open discovery issues.  Because the parties still hope to resolve the issues listed above, as well as others, the parties respectfully request that Your Honor postpone the deadline for the parties to file a joint letter

Hon. Nathanael M. Cousins
March 14, 2013
Page 2

from March 15 to March 22.  This should give the parties sufficient time to reach a compromise or, at least, the opportunity to narrow the issues that require this Court's attention.

                                              Respectfully submitted,

                                              /s/ *Gidon M. Caine*

                                              GIDON M. CAINE

                                              Counsel for Defendants

                                                      and

                                              */s/ Shawn A. Williams*

                                              Shawn A. Williams

                                              Lead Counsel for Lead Plaintiff

cc: All Counsel Via ECF System