# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Joseph G. Tully      Direct Dial: 212-210-9493      Email: joe.tully@alston.com

March 22, 2013

The Honorable Nathanael M. Cousins
United States Magistrate Judge
United States District Court
 For the Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

    Re:     *Westley v. Oclaro, Inc.*, No. 3:11-CV-02448-EMC-NC
               (N.D. Cal. filed May 19, 2011)

Dear Judge Cousins:

      The parties respectfully submit this letter to update the Court on their efforts to resolve the discovery disputes between them. On March 7, Your Honor ordered the parties to meet-and-confer with respect to certain discovery disputes, either in person or by telephone. On March 13, counsel for the parties met in person at the San Francisco offices of Lead Plaintiff's counsel, Robbins Geller Rudman & Dowd LLP. During that conference, Defendants' counsel agreed to provide Plaintiff with answers to a number of specific requests. For example, Plaintiff's counsel requested a list of the key personnel who handled two strategic investments Oclaro made in 2010. On March 20, Defendants provided that information via letter.

      Defendants continue to seek answers to other requests for information Plaintiff made during the March 13 meet-and-confer and need additional time to complete that search. Therefore, Defendants requested and Plaintiffs agreed to an extension of the Court ordered deadline for filing a joint letter from Friday, March 22nd, to Tuesday, March 26th. Extending this deadline would allow Defendants to complete the search for the additional information Plaintiff requested and should provide the parties with another opportunity to meet-and-confer, which has the potential to narrow the discovery dispute between the parties and to reduce the ultimate burden on this Court. Therefore, the parties respectfully request that the Court extend the deadline for the joint discovery letter from March 22, 2013 to March 26, 2013.

                                Respectfully submitted,

                                /s/ *Joseph G. Tully*

                              JOSEPH G. TULLY

                              Counsel for Defendants

                                and

Hon. Nathanael M. Cousins
March 22, 2013
Page 2

*/s/ Shawn A. Williams*

SHAWN A. WILLIAMS

Lead Counsel for Lead Plaintiff

cc: All Counsel Via ECF System