UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | No. 11-cv-02448 EMC (NC)<br>and related consolidated action<br>(Lead Case No. 11-cv-03176 EMC (NC))<br>(Derivative Action)<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 127 |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. 11-cv-03176 EMC (NC)<br>(Related cases:<br>11-cv-03214 EMC (NC)<br>11-cv-03322 EMC (NC)<br>11-cv-03668 EMC (NC))<br>(Derivative Action) |
| This Document Relates to:<br><br>*Westley v. Oclaro, Inc., et al.*,<br>11-cv-02448-EMC (NC) | |

The parties filed a joint discovery letter brief in which they seek the Court's guidance as to the appropriate scope of discovery. Plaintiffs argue that defendants have withheld relevant discovery. Defendants contend that the discovery requests propounded by plaintiffs are overly broad and exceed the limited scope of discovery previously ordered by

Case No. 11-cv-02448 EMC (NC)
ORDER REQUESTING DOCUMENTS

Judge Chen.

By March 29, 2013, plaintiffs must file in ECF a copy of the discovery requests at issue and any responses and objections that defendants have provided to date. The Court will hear the matter on April 3, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: March 28, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge