| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 03/2013) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>Please read instructions on next page. |

COURT USE ONLY — DUE DATE:

1. NAME: Shawn A. Williams
2. PHONE NUMBER: (415) 288-4545
3. EMAIL ADDRESS: ShawnW@rgrdlaw.com
4. TODAY'S DATE: 04/03/2013
4. MAILING ADDRESS: Robbins Geller Rudman & Dowd LLP, One Montgomery Street, Suite 1800, San Francisco, CA 94104
5. CASE NAME: Westley v. Oclaro, Inc., et al.
6. CASE NUMBER: 11-2448-EMC-NC
7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR: Jo Ann Bryce
8. THIS TRANSCRIPT ORDER IS FOR:
   - ☐ APPEAL
   - ☐ CRIMINAL
   - ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
   - ☑ NON-APPEAL
   - ☑ CIVIL
   - ☐ CJA: Do not use this form; use Form CJA24

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/2013 | NC | Hearing | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |

10. ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: s/Shawn A. Williams
12. DATE: 04/03/2013

DISTRIBUTION: ☐ COURT COPY   ☐ TRANSCRIPTION COPY   ☐ ORDER RECEIPT   ☐ ORDER COPY