UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

### CIVIL MOTION MINUTES

Date:           April 3, 2013

Case No:        3:11-cv-02448 EMC (NC)

Case name:      Curtis Westley, et al. v. Oclaro, Inc., et al.

Counsel for Plaintiffs:    Shawn Williams, Julie Kearns

Counsel for Defendants:    Gidon Caine

Deputy Clerk:      Lili M. Harrell         Court Reporter:   JoAnn Bryce
                                           (Time: 25 min)

**PROCEEDINGS:**                                        **RULINGS:**

Discovery hearing re Dkt. 127                           Held

**ORDER:**

Order to be prepared by:  [ ] Plaintiff  [ ] Defendant  [X] Court

Case continued to:

Notes:

cc: