# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | No. 11-cv-02448 EMC (NC)<br>and related consolidated action<br>(Lead Case No. 11-cv-03176 EMC (NC))<br>(Derivative Action)<br><br>**ORDER TO SUBMIT RESPONSE TO DISCOVERY LETTER**<br><br>Re: Dkt. No. 140 |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. 11-cv-03176 EMC (NC)<br>(Related cases:<br>11-cv-03214 EMC (NC)<br>11-cv-03322 EMC (NC)<br>11-cv-03668 EMC (NC))<br>(Derivative Action) |
| This Document Relates to:<br><br>*Westley v. Oclaro, Inc., et al.*,<br>11-cv-02448-EMC (NC) | |

Case No. 11-cv-02448 EMC (NC)
ORDER TO SUBMIT RESPONSE

1  Plaintiffs filed a discovery letter seeking an order requiring defendants to
2 immediately identify Rule 30(b)(6) deposition designees. Dkt. No. 140. The Court hereby
3 orders defendants to submit a response to plaintiffs' letter by 12:00 p.m. on April 11, 2013.
4  IT IS SO ORDERED.
5  Date: April 10, 2013

                                            Nathanael M. Cousins
                                            United States Magistrate Judge

Case No. 11-cv-02448 EMC (NC)
ORDER TO SUBMIT RESPONSE       2