1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCLARO, INC., et al.,<br><br>Defendants. | No. 11-cv-02448 EMC (NC)<br>and related consolidated action<br>(Lead Case No. 11-cv-03176 EMC (NC))<br>(Derivative Action)<br><br>**ORDER RE: DISCOVERY LETTER**<br><br>Re: Dkt. Nos. 140, 142 |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION, | Lead Case No. 11-cv-03176 EMC (NC)<br>(Related cases:<br>11-cv-03214 EMC (NC)<br>11-cv-03322 EMC (NC)<br>11-cv-03668 EMC (NC))<br>(Derivative Action) |
| This Document Relates to:<br><br>*Westley v. Oclaro, Inc., et al.*,<br>11-cv-02448-EMC (NC) | |

Case No. 11-cv-02448 EMC (NC)
ORDER RE: DISCOVERY LETTER

After considering plaintiffs' discovery letter seeking an order requiring defendants to identify Rule 30(b)(6) deposition designees, Dkt. No. 140, and defendants' opposition, Dkt. No. 142, the Court hereby denies plaintiffs' request. The Court notes that it expects counsel to work out cooperatively such issues to avoid unnecessary court intervention.

IT IS SO ORDERED.

Date: April 11, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-02448 EMC (NC)
ORDER RE: DISCOVERY LETTER             2