1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>OCLARO, INC., et al.,<br><br>       Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br> *Westley v. Oclaro, Inc., et al.*,<br> C11-02448-EMC. | DATE: May 16, 2013<br>TIME: 1:30 p.m.<br>COURTROOM: 5, 17th Floor<br>JUDGE: Hon. Edward M. Chen |

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION
TO DISMISS THE THIRD AMENDED COMPLAINT

832164_1

1    Defendants' Motion to Dismiss the Third Amended Complaint for Violation of the Federal
2 Securities Laws (Dkt. No. 130) ("Motion to Dismiss") was heard on May 16, 2013 at 1:30 p.m.
3 Having considered the parties' papers, oral argument, and other pleadings and papers filed in this
4 action, the Court orders as follows:

   1.    Defendants' Motion to Dismiss has failed to demonstrate plaintiffs' Third Amended Complaint for Violation of the Federal Securities Laws did not adequately plead defendants acted with scienter when making materially false and misleading statements on July 29 and August 11, 2010.

   IT IS HEREBY ORDERED that defendants' Motion to Dismiss is hereby DENIED.

DATED: _____    _____
                                         THE HONORABLE EDWARD M. CHEN
                                         UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


            s/ Shawn A. Williams
           SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One

832164_1    [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED
            COMPLAINT - C11-02448-EMC                                                      - 1 -

| | |
|---|---|
| 1 | 333 E. River Drive, Suite 101 |
| | East Hartford, CT  06108 |
| 2 | Telephone:  860/290-9610 |
| | 860/290-9611 (fax) |
| 3 | |
| | HOLZER HOLZER & FISTEL, LLC |
| 4 | MICHAEL I. FISTEL, JR. |
| | 200 Ashford Center North, Suite 300 |
| 5 | Atlanta, GA  30338 |
| | Telephone:  770/392-0090 |
| 6 | 770/392-0029 (fax) |
| 7 | DYER & BERENS LLP |
| | ROBERT J. DYER III |
| 8 | JEFFREY A. BERENS |
| | 303 East 17th Avenue, Suite 300 |
| 9 | Denver, CO  80203 |
| | Telephone:  303/861-1764 |
| 10 | 303/395-0393 (fax) |
| 11 | Additional Counsel for Plaintiff |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |