| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 2 | SHAWN A. WILLIAMS (213113)<br>SUNNY S. SARKIS (258073) |
| 3 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 4 | San Francisco, CA  94104<br>Telephone:  415/288-4545 |
| 5 | 415/288-4534 (fax)<br>shawnw@rgrdlaw.com |
| 6 | ssarkis@rgrdlaw.com<br>      – and – |
| 7 | JULIE A. KEARNS (246949)<br>655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax)<br>jkearns@rgrdlaw.com |
| 10 | |
| 11 | Lead Counsel for Plaintiffs |
| 12 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>OCLARO, INC., et al.,<br><br>            Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br>    *Westley v. Oclaro, Inc., et al.*,<br>    C11-02448-EMC. | DATE:  May 16, 2013<br>TIME:    1:30 p.m.<br>COURTROOM:  5, 17th Floor<br>JUDGE:  Hon. Edward M. Chen |

DECLARATION OF SERVICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT
AND [PROPOSED] ORDER THERETO

832841_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I authorized the electronic filing of:

1.  PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT; and

2.  [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 15, 2013.

   s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

832841_1

DECLARATION OF SERVICE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER THERETO - C11-02448-EMC - 1 -

## Mailing Information for a Case 3:11-cv-02448-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,Ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert              J. Dyer                                        , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```