GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

Additional counsel on signature page

Counsel for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS and CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>OCLARO, INC., et al.,<br><br>        Defendants. | Case No. C11-2448-EMC (NC) and related consolidated action<br><br>**REPLY IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| IN RE OCLARO, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>*Westley v. Oclaro, Inc.*,<br>No. C11-02448-EMC (NC) | Lead Case No. C11-3176-EMC (NC)<br>(Derivative Action)<br><br>Date: May 16, 2013<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Lead Plaintiff has failed to respond to defendants' request for judicial notice. It offers no opposition to the request for judicial notice; and it has failed to file a statement of non-opposition, as is required under Civil Local Rule 7.3(b). Defendants' request for judicial notice of Exhibits 4 through 7 to the Declaration of Andrew T. Sumner should be granted as unopposed.

Respectfully submitted,

**ALSTON & BIRD LLP**

DATED:  Menlo Park, California
April 22, 2013

By: /s/ Gidon M. Caine
GIDON M. CAINE (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
gidon.caine@alston.com

and

JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
jessica.corley@alston.com
andy.sumner@alston.com

Counsel for Defendants OCLARO, INC., ALAIN COUDER, JERRY TURIN, and JAMES HAYNES