Gidon M. Caine (Cal. State Bar No. 188110)
ALSTON & BIRD LLP
275 Middlefield Road
Suite 150
Menlo Park, California 94025-4008
Telephone:  (650) 838-2000
Facsimile:  (650) 838-2001
gidon.caine@alston.com

Jessica P. Corley (admitted *pro hac vice*)
Andrew T. Sumner (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
jessica.corley@alston.com

*Attorneys for Defendants
OCLARO, INC., ALAIN COUDER,
JERRY TURIN, and JAMES HAYNES*

Shawn A. Williams (213113)
Sunny S. Sarkis (258073)
ROBBINS GELLER RUDMAN & DOWD
LLP
Post Montgomery Center
One Montgomery Center, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

Julie A. Kearns
ROBBINS GELLER RUDMAN & DOWD
LLP
655 West Broadway, Suite 1990
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>OCLARO, INC., et al.,<br><br>                              Defendants. | No. C11-02448-EMC (NC) and related consolidated action (Lead Case No. C11-3176-EMC) (Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC (NC) (Derivative Action) |
| This Document Relates To:<br><br>          *Westley v. Oclaro, Inc., et al.*,<br>          C11-02448-EMC. | |

STIPULATION AND [PROPOSED] ORDER PARTIALLY STAYING MATTER

1  WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint

2  (Dkt. No. 1) against defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes;

3  WHEREAS, on September 12, 2011, this Court issued an Order Granting Connecticut

4  Laborers' Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of

5  Counsel;

6  WHEREAS, on April 27, 2012, lead plaintiff filed a Second Amended Complaint for

7  Violations of the Federal Securities Laws ("SAC");

8  WHEREAS, on September 21, 2012, this Court issued an Order Granting Defendants'

9  Motion to Dismiss the Second Amended Complaint;

10  WHEREAS, on January 10, 2013, this Court issued an Order Granting in Part and Denying

11  in Part Plaintiffs' Motion for Leave to File Motion for Reconsideration finding that the SAC had

12  adequately alleged claims arising from alleged false statements in May and June 2010 (Dkt. No.

13  107);

14  WHEREAS, on January 30, 2013, this Court entered a minute order, that *inter alia* limited

15  discovery to the issue of scienter with respect to certain statements and setting a discovery cutoff, a

16  deadline for the filing of a Third Amended Complaint ("TAC"), briefing schedules in connection

17  with defendants' motion to dismiss the TAC and defendants' motion for summary judgment with

18  respect to scienter for the May and June statements, and an oral argument date for the motion for

19  summary judgment (Dkt. No. 111);

20  WHEREAS, on March 1, 2013, lead plaintiff filed a TAC (Dkt. No. 121);

21  WHEREAS, on April 1, 2013, defendants filed a motion to dismiss the TAC (Dkt. No. 130);

22  WHEREAS, oral argument on defendants' motion to dismiss the TAC is currently scheduled

23  for May 16, 2013;

24  WHEREAS, on April 3, 2013, this Court ordered *inter alia*, that defendants to produce

25  certain documents by April 24, 2013, and to make a witness or witnesses available for deposition to

26  testify on topics defined in lead plaintiff's Rule 30(b)(6) deposition notice (Dkt. No. 138);

27

28

1   WHEREAS, the parties have agreed, subject to this Court's approval, to partially stay this

2   matter, including discovery deadlines, until such time as this Court renders a decision on the motion

3   to dismiss in order to obtain greater clarity on the ultimate scope of the litigation; and

4   WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently

5   manage this case going forward;

6   NOW THEREFORE, the undersigned parties, by and through their counsel of record,

7   stipulate as follows:

8   1.   All proceedings and deadlines in this matter are stayed, with the exception of

9   proceedings related to the motion to dismiss the TAC, and the discovery to be produced on May 1,

10  2013, until after this Court decides defendants' motion to dismiss the TAC.

11  2.   Unless otherwise agreed by the parties or ordered by this Court, the January 30, 2013

12  Order is hereby modified to provide that (i) the discovery cutoff shall be five weeks after this Court

13  rules on defendants' motion to dismiss the TAC; (ii) defendants' summary judgment motion shall be

14  filed no later than fourteen days after the discovery cutoff; and (iii) a hearing on the motion shall be

15  set for the first Thursday on which Judge Chen is available, at 1:30 p.m., which is at least thirty-five

16  days after the motion for summary judgment is filed.

17
     DATED:  San Francisco, California          **ROBBINS GELLER RUDMAN**
18              May 1, 2013                        **& DOWD LLP**

19                                                  /s/  Shawn A. Williams
20                                                _____
                                                 SHAWN A. WILLIAMS
21
                                                 SUNNY S. SARKIS
22                                               Post Montgomery Center
                                                 One Montgomery Street, Suite 1800
23                                               San Francisco, CA  94104
                                                 Telephone:  415/288-4545
24                                               415/288-4534 (fax)

25

26

27

28

STIPULATION AND [PROPOSED] ORDER – C11-02448-EMC (NC)                          - 2 -

**ROBBINS GELLER RUDMAN**
   **& DOWD LLP**
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

**ROBERT M. CHEVERIE & ASSOCIATES**
**GREGORY S. CAMPORA**
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)

**HOLZER HOLZER & FISTEL, LLC**
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

**DYER & BERENS LLP**
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiff

1  DATED:  Menlo Park, California        **ALSTON & BIRD LLP**
2          May 1, 2013

                                          /s/  Gidon M. Caine
3                                          GIDON M. CAINE

4                                         275 Middlefield Road, Suite 150
                                          Menlo Park, CA 94025-4008
5                                         Telephone:  650/838-2000
                                          650/838-2001 (fax)
6
                                          Jessica P. Corley (admitted *pro hac vice*)
7                                         Andrew T. Sumner (admitted *pro hac vice*)
                                          ALSTON & BIRD LLP
8                                         One Atlantic Center
                                          1201 West Peachtree Street
9                                         Atlanta, Georgia 30309-3424
                                          Telephone: (404) 881-7000
10                                        Facsimile:  (404) 881-7777
                                          jessica.corley@alston.com
11
                                          Attorneys for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3 **SIGNATURE ATTESTATION**

4      I am the ECF User whose identification and password are being used to file the foregoing

5 STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY.  Pursuant to General Order No. 45,

6 Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this

7 document has been obtained.

8 DATED:  May 1, 2013          _/S/ Gidon M. Caine_____

9                                          GIDON M. CAINE (CAL. STATE BAR NO. 188110)

10

11                              *          *          *

12                          **O R D E R**

13      PURSUANT TO STIPULATION, IT IS SO ORDERED.

14 DATED:                    _____

15                                          THE HONORABLE EDWARD M. CHEN
                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28