| | |
|---|---|
| Gidon M. Caine (Cal. State Bar No. 188110) <br> ALSTON & BIRD LLP <br> 275 Middlefield Road <br> Suite 150 <br> Menlo Park, California 94025-4008 <br> Telephone: (650) 838-2000 <br> Facsimile: (650) 838-2001 <br> gidon.caine@alston.com <br><br> Jessica P. Corley (admitted *pro hac vice*) <br> Andrew T. Sumner (admitted *pro hac vice*) <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 West Peachtree Street <br> Atlanta, Georgia 30309-3424 <br> Telephone: (404) 881-7000 <br> Facsimile: (404) 881-7777 <br> jessica.corley@alston.com <br><br> *Attorneys for Defendants* <br> *OCLARO, INC., ALAIN COUDER,* <br> *JERRY TURIN, and JAMES HAYNES* | Shawn A. Williams (213113) <br> Sunny S. Sarkis (258073) <br> ROBBINS GELLER RUDMAN & DOWD LLP <br> Post Montgomery Center <br> One Montgomery Center, Suite 1800 <br> San Francisco, CA 94104 <br> Telephone: (415) 288-4545 <br> Facsimile: (415) 288-4534 <br><br> Julie A. Kearns <br> ROBBINS GELLER RUDMAN & DOWD LLP <br> 655 West Broadway, Suite 1990 <br> San Diego, CA 92101 <br> Telephone: (619) 231-1058 <br> Facsimile: (619) 231-7423 <br><br> *Lead Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OCLARO, INC., et al., <br><br> Defendants. | No. C11-02448-EMC (NC) <br> and related consolidated action <br> (Lead Case No. C11-3176-EMC) <br> (Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> *Westley v. Oclaro, Inc., et al.*, C11-02448-EMC. | Lead Case No. C11-3176-EMC (NC) <br> (Derivative Action) |

STIPULATION AND [P~~ROPOSE~~D] ORDER PARTIALLY STAYING MATTER

1  WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint
2 (Dkt. No. 1) against defendants Oclaro, Inc., Alain Couder, Jerry Turin, and James Haynes;
3  WHEREAS, on September 12, 2011, this Court issued an Order Granting Connecticut
4 Laborers' Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of
5 Counsel;
6  WHEREAS, on April 27, 2012, lead plaintiff filed a Second Amended Complaint for
7 Violations of the Federal Securities Laws ("SAC");
8  WHEREAS, on September 21, 2012, this Court issued an Order Granting Defendants'
9 Motion to Dismiss the Second Amended Complaint;
10  WHEREAS, on January 10, 2013, this Court issued an Order Granting in Part and Denying
11 in Part Plaintiffs' Motion for Leave to File Motion for Reconsideration finding that the SAC had
12 adequately alleged claims arising from alleged false statements in May and June 2010 (Dkt. No.
13 107);
14  WHEREAS, on January 30, 2013, this Court entered a minute order, that *inter alia* limited
15 discovery to the issue of scienter with respect to certain statements and setting a discovery cutoff, a
16 deadline for the filing of a Third Amended Complaint ("TAC"), briefing schedules in connection
17 with defendants' motion to dismiss the TAC and defendants' motion for summary judgment with
18 respect to scienter for the May and June statements, and an oral argument date for the motion for
19 summary judgment (Dkt. No. 111);
20  WHEREAS, on March 1, 2013, lead plaintiff filed a TAC (Dkt. No. 121);
21  WHEREAS, on April 1, 2013, defendants filed a motion to dismiss the TAC (Dkt. No. 130);
22  WHEREAS, oral argument on defendants' motion to dismiss the TAC is currently scheduled
23 for May 16, 2013;
24  WHEREAS, on April 3, 2013, this Court ordered *inter alia*, that defendants to produce
25 certain documents by April 24, 2013, and to make a witness or witnesses available for deposition to
26 testify on topics defined in lead plaintiff's Rule 30(b)(6) deposition notice (Dkt. No. 138);
27
28
STIPULATION AND [PROPOSED] ORDER – C11-02448-EMC (NC)  - 1 -

1    WHEREAS, the parties have agreed, subject to this Court's approval, to partially stay this
2 matter, including discovery deadlines, until such time as this Court renders a decision on the motion
3 to dismiss in order to obtain greater clarity on the ultimate scope of the litigation; and
4    WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently
5 manage this case going forward;
6    NOW THEREFORE, the undersigned parties, by and through their counsel of record,
7 stipulate as follows:
8    1.    All proceedings and deadlines in this matter are stayed, with the exception of
9 proceedings related to the motion to dismiss the TAC, and the discovery to be produced on May 1,
10 2013, until after this Court decides defendants' motion to dismiss the TAC.
11    2.    Unless otherwise agreed by the parties or ordered by this Court, the January 30, 2013
12 Order is hereby modified to provide that (i) the discovery cutoff shall be five weeks after this Court
13 rules on defendants' motion to dismiss the TAC; (ii) defendants' summary judgment motion shall be
14 filed no later than fourteen days after the discovery cutoff; and (iii) a hearing on the motion shall be
15 set for the first Thursday on which Judge Chen is available, at 1:30 p.m., which is at least thirty-five
16 days after the motion for summary judgment is filed.

DATED:  San Francisco, California
        May 1, 2013

**ROBBINS GELLER RUDMAN
& DOWD LLP**

 /s/  Shawn A. Williams
SHAWN A. WILLIAMS

SUNNY S. SARKIS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER – C11-02448-EMC (NC)    - 2 -

**ROBBINS GELLER RUDMAN  
  & DOWD LLP**  
JULIE A. KEARNS  
655 West Broadway, Suite 1900  
San Diego, CA  92101  
Telephone:  619/231-1058  
619/231-7423 (fax)

Lead Counsel for Plaintiffs

**ROBERT M. CHEVERIE & ASSOCIATES**  
GREGORY S. CAMPORA  
Commerce Center One  
333 E. River Drive, Suite 101  
East Hartford, CT  06108  
Telephone:  860/290-9610  
860/290-9611 (fax)

**HOLZER HOLZER & FISTEL, LLC**  
MICHAEL I. FISTEL, JR.  
200 Ashford Center North, Suite 300  
Atlanta, GA  30338  
Telephone:  770/392-0090  
770/392-0029 (fax)

**DYER & BERENS LLP**  
ROBERT J. DYER III  
JEFFREY A. BERENS  
303 East 17th Avenue, Suite 810  
Denver, CO  80203  
Telephone:  303/861-1764  
303/395-0393 (fax)

Additional Counsel for Plaintiff

1  DATED: Menlo Park, California **ALSTON & BIRD LLP**
   May 1, 2013

2  /s/ Gidon M. Caine
   ──────────────────────────
   GIDON M. CAINE

3

4  275 Middlefield Road, Suite 150
   Menlo Park, CA 94025-4008

5  Telephone: 650/838-2000
   650/838-2001 (fax)

6

7  Jessica P. Corley (admitted *pro hac vice*)
   Andrew T. Sumner (admitted *pro hac vice*)
   ALSTON & BIRD LLP

8  One Atlantic Center
   1201 West Peachtree Street

9  Atlanta, Georgia 30309-3424
   Telephone: (404) 881-7000

10 Facsimile: (404) 881-7777
   jessica.corley@alston.com

11
   Attorneys for Defendants
12

STIPULATION AND [PROPOSED] ORDER – C11-02448-EMC (NC) - 4 -

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY. Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Gidon M. Caine, attest that concurrence in the filing of this document has been obtained.

DATED: May 1, 2013      /S/ Gidon M. Caine
                        GIDON M. CAINE (CAL. STATE BAR NO. 188110)

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    5/2/13

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



STIPULATION AND [PROPOSED] ORDER – C11-02448-EMC (NC)                    - 5 -