**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

**CIVIL MINUTES**

**Date:**                    May 16, 2013        **Time:** 1:41-2:23
                                                 **Court Reporter:** Debra Pas (415) 431-1477

**Case No. and Name:**       C11-2448 EMC Westley et al. v. Oclaro, et al.

**Attorneys:**               Shawn Williams, Julie Kearns, and Stunny Sarkis for Plaintiffs
                             Gidon Caine, Charles Cox, anbd Kate Rundle by Defendants

**Deputy Clerk:**            Betty Lee

**PROCEEDINGS:**

- DEFENDANTS' MOTION TO DISMISS #130

**SUMMARY:**

Court took matter under submission and will issue order.