ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
ssarkis@rgrdlaw.com
    – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>OCLARO, INC., et al.,<br><br>                Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    *Westley v. Oclaro, Inc., et al.*,<br>      C11-02448-EMC. | Lead Case No. C11-3176-EMC<br>(Derivative Action) |

STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
CONFERENCE, EXTENDING DISCOVERY STAY AND
ADJOURNING HEARING ON MOTION FOR SUMMARY JUDGMENT

850587_1

1   WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint
2   against defendants Oclaro, Inc., Alain Couder, Jerry Turin and James Haynes (Dkt. No. 1);
3   WHEREAS, on September 12, 2011, this Court issued an Order Granting Connecticut
4   Laborers' Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of
5   Counsel (Dkt. No. 37);
6   WHEREAS, on April 26, 2012, lead plaintiff filed a Second Amended Complaint for
7   Violations of the Federal Securities Laws ("SAC") (Dkt. No. 62);
8   WHEREAS, on September 21, 2012, this Court issued an Order Granting Defendants'
9   Motion to Dismiss the Second Amended Complaint (Dkt. No. 79);
10  WHEREAS, on January 10, 2013, this Court issued an Order Granting in Part and Denying
11  in Part Plaintiffs' Motion for Leave for Reconsideration finding that the SAC had adequately alleged
12  claims arising from alleged false statements in May and June 2010 (Dkt. No. 107);
13  WHEREAS, on January 30, 2013, this Court entered a minute order, that *inter alia* limited
14  discovery to the issue of scienter with respect to certain statements and set a discovery cutoff, a
15  deadline for the filing of the Third Amended Complaint for Violation of the Federal Securities Laws
16  ("TAC"), briefing schedules in connection with defendants' motion to dismiss the TAC and
17  defendants' motion for summary judgment with respect to scienter for the May and June statements,
18  and an oral argument date for the motion for summary judgment (Dkt. No. 111);
19  WHEREAS, on March 1, 2013, lead plaintiff filed a TAC (Dkt. No. 121);
20  WHEREAS, on April 1, 2013, defendants filed a motion to dismiss the TAC (Dkt. No. 130);
21  WHEREAS, on April 3, 2013, this Court ordered, *inter alia*, that defendants produce certain
22  documents by April 24, 2013, and that they make a witness or witnesses available for deposition to
23  testify on topics defined in lead plaintiff's Rule 30(b)(6) deposition notice (Dkt. No. 138);
24  WHEREAS, on May 2, 2013, the Court approved the parties' joint stipulation to stay all
25  proceedings and deadlines in this action, with the exception of proceedings related to the motion to
26  dismiss the TAC, until such time as the Court rendered a decision on defendants' motion to dismiss
27  the TAC and modified the Court's January 30, 2013 minute order to provide the following: (i) the
28  discovery cutoff shall be five weeks after the Court rules on defendants' motion to dismiss the TAC;

1  (ii) defendants' summary judgment motion shall be filed no later than 14 days after the discovery
2  cutoff; and (iii) a hearing on the motion shall be set for the first Thursday on which Judge Chen is
3  available, at 1:30 p.m., which is at least thirty-five days after the motion for summary judgment is
4  filed (Dkt. No. 153);

5  WHEREAS, on May 30, 2013, the Court issued an order granting defendants' motion to
6  dismiss the TAC with prejudice as to the scienter allegations for alleged misrepresentations in July
7  and August 2010 (Dkt. No. 157);

8  WHEREAS, the parties have met and conferred to determine the progression of ongoing
9  discovery, the scope of discovery going forward in light of the May 30, 2013 Order, class
10 certification and prospects for a non-litigated resolution of this action;

11 WHEREAS, the parties have agreed, subject to this Court's approval, that the Case
12 Management Conference ("CMC"), currently set for July 18, 2013 at 1:30 p.m., shall remain on
13 calendar, or shall be rescheduled for another date thereafter that is convenient to the Court, to (i)
14 address a timeline for resolution of all outstanding discovery disputes; (ii) schedule deadlines for the
15 remainder of the case, including but not limited to, a briefing schedule for defendants' motion for
16 summary judgment on the Court-ordered issue of scienter and a deadline for plaintiffs' motion for
17 class certification; and (iii) address certain other outstanding issues between the parties.

18 WHEREAS, the parties have agreed, subject to this Court's approval, that the hearing on
19 defendants' motion for summary judgment on the Court-ordered issue of scienter, currently set for
20 July 18, 2013 at 1:30 p.m., shall be adjourned to a date and time agreed upon by the parties or
21 ordered by the Court;

22 WHEREAS, the parties have agreed, subject to this Court's approval, that the Joint CMC
23 Statement shall be due one week prior to the date of the CMC;

24 WHEREAS, the parties have agreed, subject to this Court's approval, to continue the stay of
25 all proceedings and deadlines in this action, including discovery deadlines, until after the CMC is
26 held, and a schedule for the remainder of the action is in place; and

27 WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently
28 manage this case going forward;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. The CMC, currently set for July 18, 2013 at 1:30 p.m., shall remain on calendar, or shall be rescheduled for another date thereafter that is convenient for the Court, to (i) address a timeline for all outstanding discovery disputes; (ii) schedule deadlines for the remainder of the case, including but not limited to a briefing schedule for defendants' motion for summary judgment on the Court-ordered issue of scienter and a deadline for plaintiffs' motion for class certification; and (iii) address certain other outstanding issues between the parties.

2. The hearing on defendants' motion for summary judgment on the Court-ordered issue of scienter, currently set for July 18, 2013 at 1:30 p.m., shall be adjourned to a date and time agreed upon by the parties or ordered by the Court.

3. The Joint CMC Statement shall be due one week prior to the date of the CMC.

4. All proceedings and deadlines, including discovery deadlines, in this action are stayed until after the CMC, and a schedule for the remainder of the action is in place.

DATED: June 14, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
SUNNY S. SARKIS

           s/ Shawn A. Williams          
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

850587_1

STIP AND [PROP] ORDER SETTING CASE MGMT CONF, EXTENDING DISCOVERY STAY AND ADJOURNING HEARING ON MOT FOR SUMM JUDGMENT - C11-02448-EMC - 3 -

|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                                                                 |
| 2   | ROBERT M. CHEVERIE & ASSOCIATES<br>GREGORY S. CAMPORA           |
| 3   | Commerce Center One<br>333 E. River Drive, Suite 101            |
| 4   | East Hartford, CT  06108<br>Telephone:  860/290-9610            |
| 5   | 860/290-9611 (fax)                                              |
| 6   | HOLZER HOLZER & FISTEL, LLC<br>MICHAEL I. FISTEL, JR.           |
| 7   | 200 Ashford Center North, Suite 300<br>Atlanta, GA  30338       |
| 8   | Telephone:  770/392-0090<br>770/392-0029 (fax)                  |
| 9   | DYER & BERENS LLP                                               |
| 10  | ROBERT J. DYER III<br>JEFFREY A. BERENS                         |
| 11  | 303 East 17th Avenue, Suite 810<br>Denver, CO  80203            |
| 12  | Telephone:  303/861-1764<br>303/395-0393 (fax)                  |
| 13  | Additional Counsel for Plaintiff                                |
| 14  | ALSTON & BIRD LLP                                               |
| 15  | GIDON M. CAINE                                                  |
| 16  |                                                                 |
| 17  | ⎯⎯⎯⎯⎯⎯s/ Gidon M. Caine⎯⎯⎯⎯⎯⎯<br>GIDON M. CAINE                 |
| 18  | 275 Middlefield Road, Suite 150                                 |
| 19  | Menlo Park, CA 94025-4008<br>Telephone:  650/838-2000           |
| 20  | 650/838-2001 (fax)                                              |
| 21  | ALSTON & BIRD LLP<br>JESSICA P. CORLEY (admitted *pro hac vice*)|
| 22  | ANDREW T. SUMNER (admitted *pro hac vice*)<br>One Atlantic Center |
| 23  | 1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424       |
| 24  | Telephone:  404/881-7000<br>404/881-7777 (fax)                  |
| 25  | jessica.corley@alston.com<br>andy.sumner@alston.com             |
| 26  | Attorneys for Defendants                                        |
| 27  |                                                                 |
| 28  |                                                                 |

850587_1

STIP AND [PROP] ORDER SETTING CASE MGMT CONF, EXTENDING DISCOVERY STAY
AND ADJOURNING HEARING ON MOT FOR SUMM JUDGMENT - C11-02448-EMC            - 4 -

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE, EXTENDING DISCOVERY STAY AND ADJOURNING HEARING ON MOTION FOR SUMMARY JUDGMENT. In compliance with Local Rule 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

Dated: June 14, 2013

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 14, 2013.

    s/ Shawn A. Williams
    SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

850587_1

# Mailing Information for a Case 3:11-cv-02448-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert                   J. Dyer                                              , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```