1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
  SUNNY S. SARKIS (258073)
3  Post Montgomery Center
  One Montgomery Street, Suite 1800
4  San Francisco, CA 94104
  Telephone: 415/288-4545
5  415/288-4534 (fax)
  shawnw@rgrdlaw.com
6  ssarkis@rgrdlaw.com
        – and –
7  JULIE A. KEARNS (246949)
  655 West Broadway, Suite 1900
8  San Diego, CA 92101
  Telephone: 619/231-1058
9  619/231-7423 (fax)
  jkearns@rgrdlaw.com
10
  Lead Counsel for Plaintiffs
11
  [Additional counsel appear on signature page.]
12
               UNITED STATES DISTRICT COURT
13
            NORTHERN DISTRICT OF CALIFORNIA
14

| | | |
|---|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. C11-02448-EMC and related consolidated action (Lead Case No. C11-3176-EMC) (Derivative Action) |
|             Plaintiffs, | ) ) ) | |
|     vs. | ) ) | |
| OCLARO, INC., et al., | ) ) ) | |
|            Defendants. | ) ) | |
| In re OCLARO, INC. DERIVATIVE LITIGATION | ) ) ) | Lead Case No. C11-3176-EMC (Derivative Action) |
| This Document Relates To: | ) ) ) | |
|    *Westley v. Oclaro, Inc., et al.*, C11-02448-EMC. | ) ) ) ) | |

STIPULATION AND [P~~ROPOSED~~] ORDER SETTING CASE MANAGEMENT
CONFERENCE, EXTENDING DISCOVERY STAY AND
ADJOURNING HEARING ON MOTION FOR SUMMARY JUDGMENT

1    WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint
2    against defendants Oclaro, Inc., Alain Couder, Jerry Turin and James Haynes (Dkt. No. 1);

3    WHEREAS, on September 12, 2011, this Court issued an Order Granting Connecticut
4    Laborers' Pension Fund's Motion for Appointment as Lead Plaintiff and Approval of Selection of
5    Counsel (Dkt. No. 37);

6    WHEREAS, on April 26, 2012, lead plaintiff filed a Second Amended Complaint for
7    Violations of the Federal Securities Laws ("SAC") (Dkt. No. 62);

8    WHEREAS, on September 21, 2012, this Court issued an Order Granting Defendants'
9    Motion to Dismiss the Second Amended Complaint (Dkt. No. 79);

10   WHEREAS, on January 10, 2013, this Court issued an Order Granting in Part and Denying
11   in Part Plaintiffs' Motion for Leave for Reconsideration finding that the SAC had adequately alleged
12   claims arising from alleged false statements in May and June 2010 (Dkt. No. 107);

13   WHEREAS, on January 30, 2013, this Court entered a minute order, that *inter alia* limited
14   discovery to the issue of scienter with respect to certain statements and set a discovery cutoff, a
15   deadline for the filing of the Third Amended Complaint for Violation of the Federal Securities Laws
16   ("TAC"), briefing schedules in connection with defendants' motion to dismiss the TAC and
17   defendants' motion for summary judgment with respect to scienter for the May and June statements,
18   and an oral argument date for the motion for summary judgment (Dkt. No. 111);

19   WHEREAS, on March 1, 2013, lead plaintiff filed a TAC (Dkt. No. 121);

20   WHEREAS, on April 1, 2013, defendants filed a motion to dismiss the TAC (Dkt. No. 130);

21   WHEREAS, on April 3, 2013, this Court ordered, *inter alia*, that defendants produce certain
22   documents by April 24, 2013, and that they make a witness or witnesses available for deposition to
23   testify on topics defined in lead plaintiff's Rule 30(b)(6) deposition notice (Dkt. No. 138);

24   WHEREAS, on May 2, 2013, the Court approved the parties' joint stipulation to stay all
25   proceedings and deadlines in this action, with the exception of proceedings related to the motion to
26   dismiss the TAC, until such time as the Court rendered a decision on defendants' motion to dismiss
27   the TAC and modified the Court's January 30, 2013 minute order to provide the following: (i) the
28   discovery cutoff shall be five weeks after the Court rules on defendants' motion to dismiss the TAC;

850587_1

STIP AND [PROP] ORDER SETTING CASE MGMT CONF, EXTENDING DISCOVERY STAY
AND ADJOURNING HEARING ON MOT FOR SUMM JUDGMENT - C11-02448-EMC          - 1 -

1   (ii) defendants' summary judgment motion shall be filed no later than 14 days after the discovery

2   cutoff; and (iii) a hearing on the motion shall be set for the first Thursday on which Judge Chen is

3   available, at 1:30 p.m., which is at least thirty-five days after the motion for summary judgment is

4   filed (Dkt. No. 153);

5           WHEREAS, on May 30, 2013, the Court issued an order granting defendants' motion to

6   dismiss the TAC with prejudice as to the scienter allegations for alleged misrepresentations in July

7   and August 2010 (Dkt. No. 157);

8           WHEREAS, the parties have met and conferred to determine the progression of ongoing

9   discovery, the scope of discovery going forward in light of the May 30, 2013 Order, class

10  certification and prospects for a non-litigated resolution of this action;

11          WHEREAS, the parties have agreed, subject to this Court's approval, that the Case

12  Management Conference ("CMC"), currently set for July 18, 2013 at 1:30 p.m., shall remain on

13  calendar, or shall be rescheduled for another date thereafter that is convenient to the Court, to (i)

14  address a timeline for resolution of all outstanding discovery disputes; (ii) schedule deadlines for the

15  remainder of the case, including but not limited to, a briefing schedule for defendants' motion for

16  summary judgment on the Court-ordered issue of scienter and a deadline for plaintiffs' motion for

17  class certification; and (iii) address certain other outstanding issues between the parties.

18          WHEREAS, the parties have agreed, subject to this Court's approval, that the hearing on

19  defendants' motion for summary judgment on the Court-ordered issue of scienter, currently set for

20  July 18, 2013 at 1:30 p.m., shall be adjourned to a date and time agreed upon by the parties or

21  ordered by the Court;

22          WHEREAS, the parties have agreed, subject to this Court's approval, that the Joint CMC

23  Statement shall be due one week prior to the date of the CMC;

24          WHEREAS, the parties have agreed, subject to this Court's approval, to continue the stay of

25  all proceedings and deadlines in this action, including discovery deadlines, until after the CMC is

26  held, and a schedule for the remainder of the action is in place; and

27          WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently

28  manage this case going forward;

1    NOW THEREFORE, the undersigned parties, by and through their counsel of record,

2  stipulate as follows:

3    1.    The CMC, currently set for July 18, 2013 at 1:30 p.m., shall remain on calendar, or

4  shall be rescheduled for another date thereafter that is convenient for the Court, to (i) address a

5  timeline for all outstanding discovery disputes; (ii) schedule deadlines for the remainder of the case,

6  including but not limited to a briefing schedule for defendants' motion for summary judgment on the

7  Court-ordered issue of scienter and a deadline for plaintiffs' motion for class certification; and (iii)

8  address certain other outstanding issues between the parties.

9    2.    The hearing on defendants' motion for summary judgment on the Court-ordered issue

10  of scienter, currently set for July 18, 2013 at 1:30 p.m., shall be adjourned to a date and time agreed

11  upon by the parties or ordered by the Court.

12    3.    The Joint CMC Statement shall be due one week prior to the date of the CMC.

13    4.    All proceedings and deadlines, including discovery deadlines, in this action are stayed

14  until after the CMC, and a schedule for the remainder of the action is in place.

15  DATED:  June 14, 2013                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
16                                           SHAWN A. WILLIAMS
                                             SUNNY S. SARKIS
17

18
                                                    s/ Shawn A. Williams
19                                           SHAWN A. WILLIAMS

20                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
21                                           San Francisco, CA  94104
                                             Telephone:  415/288-4545
22                                           415/288-4534 (fax)

23                                           ROBBINS GELLER RUDMAN
                                              & DOWD LLP
24                                           JULIE A. KEARNS
                                             655 West Broadway, Suite 1900
25                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
26                                           619/231-7423 (fax)

27                                           Lead Counsel for Plaintiffs

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610
860/290-9611 (fax)

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiff

ALSTON & BIRD LLP
GIDON M. CAINE


                    s/ Gidon M. Caine
_____
                 GIDON M. CAINE

275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:  650/838-2000
650/838-2001 (fax)

ALSTON & BIRD LLP
JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  404/881-7000
404/881-7777 (fax)
jessica.corley@alston.com
andy.sumner@alston.com

Attorneys for Defendants

850587_1

STIP AND [PROP] ORDER SETTING CASE MGMT CONF, EXTENDING DISCOVERY STAY
AND ADJOURNING HEARING ON MOT FOR SUMM JUDGMENT - C11-02448-EMC          - 4 -

1        **Certificate Pursuant to Local Rule 5-1(i)(3)**

2        I, Shawn A. Williams, am the ECF User whose identification and password are being used to

3   file the STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT

4   CONFERENCE, EXTENDING DISCOVERY STAY AND ADJOURNING HEARING ON

5   MOTION FOR SUMMARY JUDGMENT.  In compliance with Local Rule 5-1(i)(3), I hereby attest

6   that Gidon M. Caine has concurred in this filing.

7        Dated:  June 14, 2013

8                                                   s/ Shawn A. Williams
                                                   SHAWN A. WILLIAMS
9

10

11                              *        *        *

12                          **O R D E R**

13        PURSUANT TO STIPULATION, IT IS SO ORDERED.   The CMC is reset for
                                                          7/18/13 at 10:30 a.m.
14

15

16   DATED: _____6/17/13_____

17                                                              RD M. CHEN
                                                              T JUDGE
18

*IT IS SO ORDERED AS MODIFIED*

*Judge Edward M. Chen*

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on June 14, 2013, I authorized the electronic filing of the foregoing with

3   the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4   e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5   caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on June 14, 2013.

9

10                                          s/ Shawn A. Williams
                                         SHAWN A. WILLIAMS

11                                       ROBBINS GELLER RUDMAN
                                             & DOWD LLP
12                                       Post Montgomery Center
                                         One Montgomery Street, Suite 1800
13                                       San Francisco, CA  94104
                                         Telephone:  415/288-4545
14                                       415/288-4534 (fax)
                                         E-mail:  shawnw@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:11-cv-02448-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert          J. Dyer                              , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```