ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
ssarkis@rgrdlaw.com
    – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>OCLARO, INC., et al.,<br><br>                Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>   *Westley v. Oclaro, Inc., et al.*,<br>     C11-02448-EMC. | Lead Case No. C11-3176-EMC<br>(Derivative Action) |

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND EXTENDING DISCOVERY STAY

856706_1

1  WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint
2  against defendants Oclaro, Inc., Alain Couder, Jerry Turin and James Haynes (Dkt. No. 1);
3  WHEREAS, on January 30, 2013, the Court entered a minute order, that *inter alia* limited
4  discovery to the issue of scienter with respect to certain statements and set a discovery cutoff, a
5  deadline for the filing of the Third Amended Complaint ("TAC"), briefing schedules in connection
6  with defendants' motion to dismiss the TAC and defendants' motion for summary judgment with
7  respect to scienter for the May and June statements, and an oral argument date for the motion for
8  summary judgment (Dkt. No. 111);
9  WHEREAS, on May 2, 2013, the Court approved the parties' joint stipulation to stay all
10 proceedings and deadlines in this action, with the exception of proceedings related to the motion to
11 dismiss the TAC, until such time as the Court rendered a decision on defendants' motion to dismiss
12 the TAC and modified the Court's January 30, 2013 minute order to provide the following: (i) the
13 discovery cutoff shall be five weeks after the Court rules on defendants' motion to dismiss the TAC;
14 (ii) defendants' summary judgment motion shall be filed no later than 14 days after the discovery
15 cutoff; and (iii) a hearing on the motion shall be set for the first Thursday on which Judge Chen is
16 available, at 1:30 p.m., which is at least 35 days after the motion for summary judgment is filed (Dkt.
17 No. 153);
18 WHEREAS, on May 30, 2013, the Court issued an order granting defendants' motion to
19 dismiss the TAC with prejudice as to the scienter allegations for alleged misrepresentations in July
20 and August 2010 (Dkt. No. 157);
21 WHEREAS, on June 17, 2013, the Court approved the parties' joint stipulation to (i) keep the
22 Case Management Conference ("CMC") on calendar, for July 18, 2013 at 10:30 a.m.; (ii) adjourn the
23 hearing on defendants' motion for summary judgment; and (iii) continue the stay of all proceedings
24 and deadlines in this action, including discovery deadlines, until after the CMC and a schedule for
25 the remainder of the action is in place (Dkt. No. 160).
26 WHEREAS, the parties have met and conferred in good faith concerning the prospects for a
27 non-litigated resolution of this action, and have scheduled a mediation for August 27, 2013 before
28 the Honorable Layn R. Phillips (Ret.);

856706_1  STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
CONFERENCE AND EXTENDING DISCOVERY STAY - C11-02448-EMC                - 1 -

1     WHEREAS, the parties have agreed, subject to the Court's approval, to continue the CMC 2 presently set for July 18, 2013 at 10:30 a.m., to September 12, 2013 at 10:30 a.m., or another date 3 thereafter that is convenient to the Court;

4     WHEREAS, the parties have agreed, subject to the Court's approval, that the Joint CMC 5 Statement shall be due one week prior to the date of the CMC;

6     WHEREAS, the parties have agreed, subject to the Court's approval, to continue the stay of 7 all proceedings and deadlines in this action, including all discovery deadlines, until after the CMC is 8 held, and a court-approved schedule for the remainder of the action is in place; and

9     WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently 10 manage this case going forward;

11     NOW THEREFORE, the undersigned parties, by and through their counsel of record, 12 stipulate as follows:

13     1.     Subject to the Court's approval, the CMC, currently set for July 18, 2013 at 10:30 14 a.m., shall be continued to September 12, 2013 at 10:30 a.m., or another date thereafter that is 15 convenient for the Court.

16     2.     The Joint CMC Statement shall be due one week prior to the CMC.

17     3.     All proceedings and deadlines, including discovery deadlines, in this action are stayed 18 until after the CMC is held and a court-approved schedule for the remainder of the action is in place.

20 DATED: July 11, 2013     ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
21     SHAWN A. WILLIAMS
    SUNNY S. SARKIS

        s/ Shawn A. Williams
24     SHAWN A. WILLIAMS

25     Post Montgomery Center
    One Montgomery Street, Suite 1800
26     San Francisco, CA 94104
    Telephone: 415/288-4545
27     415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JULIE A. KEARNS |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 5 | |
|   | Lead Counsel for Plaintiffs |
| 6 | |
|   | ROBERT M. CHEVERIE & ASSOCIATES |
| 7 | GREGORY S. CAMPORA<br>Commerce Center One |
| 8 | 333 E. River Drive, Suite 101<br>East Hartford, CT  06108 |
| 9 | Telephone:  860/290-9610<br>860/290-9611 (fax) |
| 10 | |
|    | HOLZER HOLZER & FISTEL, LLC |
| 11 | MICHAEL I. FISTEL, JR.<br>200 Ashford Center North, Suite 300 |
| 12 | Atlanta, GA  30338<br>Telephone:  770/392-0090 |
| 13 | 770/392-0029 (fax) |
| 14 | DYER & BERENS LLP<br>ROBERT J. DYER III |
| 15 | JEFFREY A. BERENS<br>303 East 17th Avenue, Suite 810 |
| 16 | Denver, CO  80203<br>Telephone:  303/861-1764 |
| 17 | 303/395-0393 (fax) |
| 18 | Additional Counsel for Plaintiff |

DATED:  July 11, 2013                 ALSTON & BIRD LLP
                                      GIDON M. CAINE


                                             s/ Gidon M. Caine
                                            GIDON M. CAINE

                                      275 Middlefield Road, Suite 150
                                      Menlo Park, CA 94025-4008
                                      Telephone:  650/838-2000
                                      650/838-2001 (fax)

<pre>
                                    ALSTON & BIRD LLP
                                    JESSICA P. CORLEY (admitted *pro hac vice*)
                                    ANDREW T. SUMNER (admitted *pro hac vice*)
                                    One Atlantic Center
                                    1201 West Peachtree Street
                                    Atlanta, Georgia 30309-3424
                                    Telephone: 404/881-7000
                                    404/881-7777 (fax)
                                    jessica.corley@alston.com
                                    andy.sumner@alston.com

                                    Attorneys for Defendants
</pre>

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DISCOVERY STAY. In compliance with Local Rule 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

Dated: July 11, 2013

<pre>
                                            s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS
</pre>

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
                                   THE HONORABLE EDWARD M. CHEN
                                   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 11, 2013.

s/ Shawn A. Williams  
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN  
    & DOWD LLP  
Post Montgomery Center  
One Montgomery Street, Suite 1800  
San Francisco, CA  94104  
Telephone:  415/288-4545  
415/288-4534 (fax)  
E-mail: shawnw@rgrdlaw.com

856706_1

# Mailing Information for a Case 3:11-cv-02448-EMC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert                J. Dyer                                          , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```