1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    SUNNY S. SARKIS (258073)
3   Post Montgomery Center
    One Montgomery Street, Suite 1800
4   San Francisco, CA  94104
    Telephone:  415/288-4545
5   415/288-4534 (fax)
    shawnw@rgrdlaw.com
6   ssarkis@rgrdlaw.com
            – and –
7   JULIE A. KEARNS (246949)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    jkearns@rgrdlaw.com
10
    Lead Counsel for Plaintiffs
11
    [Additional counsel appear on signature page.]
12
                      UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
15  CURTIS AND CHARLOTTE WESTLEY,        )  No. C11-02448-EMC
    Individually and on Behalf of All Others )  and related consolidated action
    Similarly Situated,                   )  (Lead Case No. C11-3176-EMC)
16                                        )  (Derivative Action)
                              Plaintiffs,  )
17                                        )
           vs.                            )
18                                        )
    OCLARO, INC., et al.,                 )
19                                        )
                              Defendants.  )
20  _____ )
    In re OCLARO, INC. DERIVATIVE         )
21  LITIGATION                            )  Lead Case No. C11-3176-EMC
                                          )  (Derivative Action)
22  _____ )
                                          )
23  This Document Relates To:             )
                                          )
24      Westley v. Oclaro, Inc., et al.,  )
        C11-02448-EMC.                    )
25  _____ )

26      STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
                CONFERENCE AND EXTENDING DISCOVERY STAY
27

28

856706_1

1   WHEREAS, on May 19, 2011, plaintiffs Curtis and Charlotte Westley filed a complaint

2   against defendants Oclaro, Inc., Alain Couder, Jerry Turin and James Haynes (Dkt. No. 1);

3   WHEREAS, on January 30, 2013, the Court entered a minute order, that *inter alia* limited

4   discovery to the issue of scienter with respect to certain statements and set a discovery cutoff, a

5   deadline for the filing of the Third Amended Complaint ("TAC"), briefing schedules in connection

6   with defendants' motion to dismiss the TAC and defendants' motion for summary judgment with

7   respect to scienter for the May and June statements, and an oral argument date for the motion for

8   summary judgment (Dkt. No. 111);

9   WHEREAS, on May 2, 2013, the Court approved the parties' joint stipulation to stay all

10   proceedings and deadlines in this action, with the exception of proceedings related to the motion to

11   dismiss the TAC, until such time as the Court rendered a decision on defendants' motion to dismiss

12   the TAC and modified the Court's January 30, 2013 minute order to provide the following: (i) the

13   discovery cutoff shall be five weeks after the Court rules on defendants' motion to dismiss the TAC;

14   (ii) defendants' summary judgment motion shall be filed no later than 14 days after the discovery

15   cutoff; and (iii) a hearing on the motion shall be set for the first Thursday on which Judge Chen is

16   available, at 1:30 p.m., which is at least 35 days after the motion for summary judgment is filed (Dkt.

17   No. 153);

18   WHEREAS, on May 30, 2013, the Court issued an order granting defendants' motion to

19   dismiss the TAC with prejudice as to the scienter allegations for alleged misrepresentations in July

20   and August 2010 (Dkt. No. 157);

21   WHEREAS, on June 17, 2013, the Court approved the parties' joint stipulation to (i) keep the

22   Case Management Conference ("CMC") on calendar, for July 18, 2013 at 10:30 a.m.; (ii) adjourn the

23   hearing on defendants' motion for summary judgment; and (iii) continue the stay of all proceedings

24   and deadlines in this action, including discovery deadlines, until after the CMC and a schedule for

25   the remainder of the action is in place (Dkt. No. 160).

26   WHEREAS, the parties have met and conferred in good faith concerning the prospects for a

27   non-litigated resolution of this action, and have scheduled a mediation for August 27, 2013 before

28   the Honorable Layn R. Phillips (Ret.);

1    WHEREAS, the parties have agreed, subject to the Court's approval, to continue the CMC

2    presently set for July 18, 2013 at 10:30 a.m., to September 12, 2013 at 10:30 a.m., or another date

3    thereafter that is convenient to the Court;

4    WHEREAS, the parties have agreed, subject to the Court's approval, that the Joint CMC

5    Statement shall be due one week prior to the date of the CMC;

6    WHEREAS, the parties have agreed, subject to the Court's approval, to continue the stay of

7    all proceedings and deadlines in this action, including all discovery deadlines, until after the CMC is

8    held, and a court-approved schedule for the remainder of the action is in place; and

9    WHEREAS, the parties enter this stipulation, not for the purposes of delay, but to efficiently

10   manage this case going forward;

11   NOW THEREFORE, the undersigned parties, by and through their counsel of record,

12   stipulate as follows:

13   1.    Subject to the Court's approval, the CMC, currently set for July 18, 2013 at 10:30

14   a.m., shall be continued to September ~~12,~~ 19 2013 at 10:30 a.m., or another date thereafter that is

15   convenient for the Court.

16   2.    The Joint CMC Statement shall be due one week prior to the CMC.

17   3.    All proceedings and deadlines, including discovery deadlines, in this action are stayed

18   until after the CMC is held and a court-approved schedule for the remainder of the action is in place.

19

20   DATED:  July 11, 2013                    ROBBINS GELLER RUDMAN
                                               & DOWD LLP
21                                           SHAWN A. WILLIAMS
                                             SUNNY S. SARKIS
22

23
                                                    s/ Shawn A. Williams
24                                           SHAWN A. WILLIAMS

25                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
26                                           San Francisco, CA  94104
                                             Telephone: 415/288-4545
27                                           415/288-4534 (fax)

28

STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT
CONFERENCE AND EXTENDING DISCOVERY STAY - C11-02448-EMC          - 2 -

1

2     ROBBINS GELLER RUDMAN
        & DOWD LLP
3     JULIE A. KEARNS
      655 West Broadway, Suite 1900
4     San Diego, CA  92101
      Telephone:  619/231-1058
5     619/231-7423 (fax)

6     Lead Counsel for Plaintiffs

7     ROBERT M. CHEVERIE & ASSOCIATES
      GREGORY S. CAMPORA
8     Commerce Center One
      333 E. River Drive, Suite 101
9     East Hartford, CT  06108
      Telephone:  860/290-9610
10    860/290-9611 (fax)

11    HOLZER HOLZER & FISTEL, LLC
      MICHAEL I. FISTEL, JR.
12    200 Ashford Center North, Suite 300
      Atlanta, GA  30338
13    Telephone:  770/392-0090
      770/392-0029 (fax)

14    DYER & BERENS LLP
      ROBERT J. DYER III
15    JEFFREY A. BERENS
      303 East 17th Avenue, Suite 810
16    Denver, CO  80203
      Telephone:  303/861-1764
17    303/395-0393 (fax)

18    Additional Counsel for Plaintiff

19 DATED:  July 11, 2013           ALSTON & BIRD LLP
                                   GIDON M. CAINE
20

21                                      s/ Gidon M. Caine
22                                     GIDON M. CAINE

23                                 275 Middlefield Road, Suite 150
                                   Menlo Park, CA 94025-4008
24                                 Telephone:  650/838-2000
                                   650/838-2001 (fax)
25

26

27

28

1
2       ALSTON & BIRD LLP
       JESSICA P. CORLEY (admitted *pro hac vice*)
3       ANDREW T. SUMNER (admitted *pro hac vice*)
       One Atlantic Center
4       1201 West Peachtree Street
       Atlanta, Georgia 30309-3424
5       Telephone:  404/881-7000
       404/881-7777 (fax)
6       jessica.corley@alston.com
       andy.sumner@alston.com

7       Attorneys for Defendants

8       **Certificate Pursuant to Local Rule 5-1(i)(3)**

9       I, Shawn A. Williams, am the ECF User whose identification and password are being used to

10 file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT

11 CONFERENCE AND EXTENDING DISCOVERY STAY.   In compliance with Local Rule

12 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

13       Dated:  July 11, 2013

14                        s/ Shawn A. Williams
                         SHAWN A. WILLIAMS

15

16           *     *     *

17                **O R D E R**

18       PURSUANT TO STIPULATION, IT IS SO ORDERED

19                7/15/13

20 DATED: _____   _____

21               THE HONORAB
               UNITED STATE

22

23

24

25

26

27

28

*Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 11, 2013.

                                            s/ Shawn A. Williams
                                     SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

# Mailing Information for a Case 3:11-cv-02448-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@csgrr.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert         J. Dyer                              , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```