ALSTON & BIRD LLP
GIDON M. CAINE
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:  650/838-2000
650/838-2001 (fax)
gidon.caine@alston.com

  – and –

JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  404/881-7000
404/881-7777 (fax)
jessica.corley@alston.com
andy.sumner@alston.com

Counsel for Defendants

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>OCLARO, INC., et al.,<br><br>　　　　　　　　　　Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>　　*Westley v. Oclaro, Inc., et al.*,<br>　　C11-02448-EMC. | Lead Case No. C11-3176-EMC<br>(Derivative Action) |

STIPULATION AND [PR~~OPO~~SED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE

856706_1

1    WHEREAS, the parties have met and conferred in good faith concerning the prospects for a
2 non-litigated resolution of this action, and have scheduled a mediation for August 27, 2013 before
3 the Honorable Layn R. Phillips (Ret.);

4    WHEREAS, on July 15, 2013, the Court entered an order (i) approving the parties' joint
5 stipulation to continue the Case Management Conference ("CMC") and continue the stay of all
6 proceedings and deadlines in this action, including discovery deadlines, until after the CMC and a
7 schedule for the remainder of the action is in place and (ii) rescheduling the CMC for September 19,
8 2013 at 10:30 a.m. (Dkt. No. 162);

9    WHEREAS, September 19, 2013 falls on a Jewish holiday observed by lead counsel for
10 Defendants;

11    WHEREAS, the parties have agreed, subject to the Court's approval, to reschedule the CMC,
12 to September 26, 2013 at 10:30 a.m. or another date thereafter that is convenient to the Court;

13    WHEREAS, the parties have agreed, subject to the Court's approval, that the Joint CMC
14 Statement shall be due one week prior to the date of the CMC;

15    NOW THEREFORE, the undersigned parties, by and through their counsel of record,
16 stipulate as follows:

17    1.    Subject to the Court's approval, the CMC, currently set for September 19, 2013 at
18 10:30 a.m., shall be rescheduled for September 26, 2013 at 10:30 a.m., or another date thereafter that
19 is convenient for the Court.

20    2.    The Joint CMC Statement shall be due one week prior to the CMC.

21 DATED: August 15, 2013                ALSTON & BIRD LLP
                                        GIDON M. CAINE
22

23
                                           s/ Gidon M. Caine
24                                         GIDON M. CAINE

25                                      275 Middlefield Road, Suite 150
                                        Menlo Park, CA 94025-4008
26                                      Telephone: 650/838-2000
                                        650/838-2001 (fax)
27                                      gidon.caine@alston.com

28

| | |
|---|---|
| 1 | |
| 2 | JESSICA P. CORLEY (admitted *pro hac vice*)<br>ANDREW T. SUMNER (admitted *pro hac vice*) |
| 3 | One Atlantic Center<br>1201 West Peachtree Street |
| 4 | Atlanta, Georgia 30309-3424<br>Telephone: 404/881-7000 |
| 5 | 404/881-7777 (fax)<br>jessica.corley@alston.com |
| 6 | andy.sumner@alston.com |
| 7 | Counsel for Defendants |
| 8 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 9 | SHAWN A. WILLIAMS<br>SUNNY S. SARKIS |
| 10 | |
| 11 | _____s/ Shawn A. Williams_____ |
| 12 | SHAWN A. WILLIAMS |
| 13 | Post Montgomery Center<br>One Montgomery Street, Suite 1800 |
| 14 | San Francisco, CA  94104<br>Telephone:  415/288-4545 |
| 15 | 415/288-4534 (fax) |
| 16 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP |
| 17 | JULIE A. KEARNS<br>655 West Broadway, Suite 1900 |
| 18 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 19 | 619/231-7423 (fax) |
| 20 | Lead Counsel for Plaintiffs |
| 21 | ROBERT M. CHEVERIE & ASSOCIATES<br>GREGORY S. CAMPORA |
| 22 | Commerce Center One<br>333 E. River Drive, Suite 101 |
| 23 | East Hartford, CT  06108<br>Telephone:  860/290-9610 |
| 24 | 860/290-9611 (fax) |
| 25 | HOLZER HOLZER & FISTEL, LLC<br>MICHAEL I. FISTEL, JR. |
| 26 | 200 Ashford Center North, Suite 300<br>Atlanta, GA  30338 |
| 27 | Telephone: 770/392-0090<br>770/392-0029 (fax) |
| 28 | |

|   |   |
|---|---|
| 1 | |
| 2 | DYER & BERENS LLP<br>ROBERT J. DYER III<br>JEFFREY A. BERENS |
| 3 | 303 East 17th Avenue, Suite 810<br>Denver, CO  80203 |
| 4 | Telephone:  303/861-1764<br>303/395-0393 (fax) |
| 5 | |
| 6 | Additional Counsel for Plaintiff |

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gidon M. Caine, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Shawn A. Williams has concurred in this filing.

Dated:  August 15, 2013

s/ Gidon M. Caine<br>GIDON M. CAINE

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  8/15/13                              _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

856706_1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE - C11-02448-EMC                                - 3 -