ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
ssarkis@rgrdlaw.com
    – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OCLARO, INC., et al., <br><br> Defendants. | No. C11-02448-EMC <br> and related consolidated action <br> (Lead Case No. C11-3176-EMC) <br> (Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC <br> (Derivative Action) |
| This Document Relates To: <br><br>    *Westley v. Oclaro, Inc., et al.*, <br>    C11-02448-EMC. | |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

876708_1

1  WHEREAS, on July 15, 2013, the Court entered an order (i) approving the parties' joint stipulation to continue the Case Management Conference ("CMC") and continue the stay of all proceedings and deadlines in this action, including discovery deadlines, until after the CMC and a schedule for the remainder of the action is in place and (ii) rescheduling the CMC for September 19, 2013 at 10:30 a.m. (Dkt. No. 162);

WHEREAS, on August 15, 2013, the Court entered an order rescheduling the CMC from September 19, 2013 at 10:30 a.m. to September 26, 2013 at 10:30 a.m., with the Joint CMC Statement due one week prior to the CMC (Dkt. No. 164);

WHEREAS, on August 27, 2013, the parties attended a mediation before the Honorable Layn R. Phillips (Ret.) in Newport Beach, CA to explore a non-litigated resolution of this matter;

WHEREAS, the parties made substantial progress at the mediation and desire additional time to conclude and document their efforts to achieve a non-litigated resolution of this matter;

WHEREAS, the parties have agreed, subject to the Court's approval, to reschedule the CMC to October 31, 2013 at 10:30 a.m. or another date thereafter that is convenient to the Court;

NOW THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Subject to the Court's approval, the CMC, currently set for September 26, 2013 at 10:30 a.m., shall be rescheduled for October 31, 2013 at 10:30 a.m., or another date thereafter that is convenient for the Court.

2. The Joint CMC Statement shall be due one week prior to the CMC.

DATED: September 19, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
SUNNY S. SARKIS

        s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610
860/290-9611 (fax)

HOLZER HOLZER & FISTEL, LLC
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
303 East 17th Avenue, Suite 810
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)

Additional Counsel for Plaintiff

| | | |
|---|---|---|
| 1 | DATED: September 19, 2013 | ALSTON & BIRD LLP |
| | | GIDON M. CAINE |

s/ Gidon M. Caine
GIDON M. CAINE

275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650/838-2000
650/838-2001 (fax)

ALSTON & BIRD LLP
JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: 404/881-7000
404/881-7777 (fax)
jessica.corley@alston.com
andy.sumner@alston.com

Attorneys for Defendants

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

Dated: September 19, 2013

s/ Shawn A. Williams
SHAWN A. WILLIAMS

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 19, 2013.

s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

876708_1

## Mailing Information for a Case 3:11-cv-02448-EMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandwea

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert                J. Dyer                                              , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```