ALSTON & BIRD LLP
GIDON M. CAINE
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone: 650/838-2000
650/838-2001 (fax)
gidon.caine@alston.com

– and –

JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: 404/881-7000
404/881-7777 (fax)
jessica.corley@alston.com
andy.sumner@alston.com

Counsel for Defendants

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OCLARO, INC., et al., <br><br> Defendants. | No. C11-02448-EMC <br> and related consolidated action <br> (Lead Case No. C11-3176-EMC) <br> (Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC <br> (Derivative Action) |
| This Document Relates To: <br><br> *Westley v. Oclaro, Inc., et al.*, C11-02448-EMC. | |

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE

856706_1

1   WHEREAS, on August 26, 2013, the parties attended a mediation before the Honorable Layn
2 R. Phillips (Ret.) in Newport Beach, California to explore a non-litigated resolution of this matter;
3   WHEREAS, on September 19, 2013, the parties filed with the Court a stipulation and
4 proposed order, wherein the parties (i) noted that they had made substantial progress at the mediation
5 and (ii) requested that the Court allow them additional time to conclude and document their efforts to
6 achieve a non-litigated resolution of this matter by rescheduling the Case Management Conference
7 ("CMC") (Dkt. No. 165);
8   WHEREAS, on September 20, 2013, the Court entered an order rescheduling the CMC from
9 September 26, 2013 at 10:30 a.m. to October 31, 2013 at 10:30 a.m., with the Joint CMC Statement
10 due one week prior to the CMC (Dkt. No. 166);
11   WHEREAS, the parties are currently circulating draft proposed settlement papers and
12 continue to work diligently to finalize those papers;
13   WHEREAS, in order to avoid the unnecessary expenditure of the Court's resources or effort
14 by the parties to this action, the parties have agreed, subject to the Court's approval, to reschedule
15 the CMC from October 31, 2013 at 10:30 a.m. to December 5, 2013 at 10:30 a.m. or another date
16 thereafter that is convenient to the Court;
17   WHEREAS, the parties have agreed, subject to the Court's approval, that the Joint CMC
18 Statement shall be due one week prior to the date of the CMC;
19   NOW THEREFORE, the undersigned parties, by and through their counsel of record,
20 stipulate as follows:
21   1.   Subject to the Court's approval, the CMC, currently set for October 31, 2013 at 10:30
22 a.m., shall be rescheduled for December 5, 2013 at 10:30 a.m., or another date thereafter that is
23 convenient for the Court.

    2.      The Joint CMC Statement shall be due one week prior to the date of the CMC.

DATED:  October 28, 2013                         ALSTON & BIRD LLP
                                                      GIDON M. CAINE

                                                           s/ Gidon M. Caine
                                                           GIDON M. CAINE

275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:  650/838-2000
650/838-2001 (fax)
gidon.caine@alston.com

ALSTON & BIRD LLP
JESSICA P. CORLEY (admitted *pro hac vice*)
ANDREW T. SUMNER (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone:  404/881-7000
404/881-7777 (fax)
jessica.corley@alston.com
andy.sumner@alston.com

Counsel for Defendants

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
SUNNY S. SARKIS

                                                    s/ Shawn A. Williams
                                         SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

856706_1

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE - C11-02448-EMC        - 2 -

| | |
|---|---|
| | ROBERT M. CHEVERIE & ASSOCIATES |
| | GREGORY S. CAMPORA |
| | Commerce Center One |
| | 333 E. River Drive, Suite 101 |
| | East Hartford, CT  06108 |
| | Telephone:  860/290-9610 |
| | 860/290-9611 (fax) |
| | |
| | HOLZER HOLZER & FISTEL, LLC |
| | MICHAEL I. FISTEL, JR. |
| | 200 Ashford Center North, Suite 300 |
| | Atlanta, GA  30338 |
| | Telephone:  770/392-0090 |
| | 770/392-0029 (fax) |
| | |
| | DYER & BERENS LLP |
| | ROBERT J. DYER III |
| | JEFFREY A. BERENS |
| | 303 East 17th Avenue, Suite 810 |
| | Denver, CO  80203 |
| | Telephone:  303/861-1764 |
| | 303/395-0393 (fax) |
| | |
| | Additional Counsel for Plaintiff |

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Gidon M. Caine, am the ECF User whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Shawn A. Williams has concurred in this filing.

Dated:  October 28, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　/s Gidon M. Caine
　　　　　　　　　　　　　　　　　　　　　　　　　　GIDON M. CAINE

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 28, 2013　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE