ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
ssarkis@rgrdlaw.com
     – and –
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>OCLARO, INC., et al.,<br><br>                  Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br>    *Westley v. Oclaro, Inc., et al.*,<br>    C11-02448-EMC. | |

JOINT CASE MANAGEMENT STATEMENT

897732_1

1  In July 2013, the parties agreed to and did attend a mediation on August 27, 2013 before the Honorable Layn R. Phillips (Ret.) at the law offices of Irell & Manella LLP in Newport Beach, California. On October 28, 2013, the parties filed with the Court their most recent Stipulation with Proposed Order Rescheduling Case Management Conference (Dkt. No. 167), indicating the parties have reached an agreement in principle, and have been working diligently to finalize a stipulation of settlement. As of the date of this submission (December 3, 2013), the parties expect to file settlement papers with the Court on or before December 24, 2013. Considering the foregoing, the parties respectfully request that the Court adjourn the Case Management Conference scheduled for December 10, 2013 at 10:30 a.m.

DATED: December 3, 2013

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
SUNNY S. SARKIS


        s/Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

ROBERT M. CHEVERIE & ASSOCIATES
GREGORY S. CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610
860/290-9611 (fax)

|   |   |
|---|---|
|   | HOLZER HOLZER & FISTEL, LLC |
|   | MICHAEL I. FISTEL, JR. |
|   | 200 Ashford Center North, Suite 300 |
|   | Atlanta, GA  30338 |
|   | Telephone:  770/392-0090 |
|   | 770/392-0029 (fax) |
|   |   |
|   | DYER & BERENS LLP |
|   | ROBERT J. DYER III |
|   | JEFFREY A. BERENS |
|   | 303 East 17th Avenue, Suite 810 |
|   | Denver, CO  80203 |
|   | Telephone:  303/861-1764 |
|   | 303/395-0393 (fax) |
|   |   |
|   | Additional Counsel for Plaintiff |
| DATED:  December 3, 2013 | ALSTON & BIRD LLP |
|   | GIDON M. CAINE |
|   |   |
|   | s/Gidon M. Caine |
|   | GIDON M. CAINE |
|   |   |
|   | 275 Middlefield Road, Suite 150 |
|   | Menlo Park, CA 94025-4008 |
|   | Telephone:  650/838-2000 |
|   | 650/838-2001 (fax) |
|   |   |
|   | ALSTON & BIRD LLP |
|   | JESSICA P. CORLEY (admitted *pro hac vice*) |
|   | ANDREW T. SUMNER (admitted *pro hac vice*) |
|   | One Atlantic Center |
|   | 1201 West Peachtree Street |
|   | Atlanta, Georgia 30309-3424 |
|   | Telephone:  404/881-7000 |
|   | 404/881-7777 (fax) |
|   | jessica.corley@alston.com |
|   | andy.sumner@alston.com |
|   |   |
|   | Counsel for Defendants |

I, Shawn A. Williams, am the ECF User whose identification and password are being used to file the Joint Case Management Statement.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Gidon M. Caine has/have concurred in this filing.

                                           s/Shawn A. Williams
                                           SHAWN A. WILLIAMS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2013.

 s/Shawn A. Williams
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
     & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@rgrdlaw.com

897732_1

**Mailing Information for a Case 3:11-cv-02448-EMC**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,nathanh@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert              J. Dyer                                        , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```