| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | GIDON M. CAINE (Cal. State Bar No. 188110) |
| SHAWN A. WILLIAMS (213113) | ALSTON & BIRD LLP |
| Post Montgomery Center | 275 Middlefield Road |
| One Montgomery Street, Suite 1800 | Suite 150 |
| San Francisco, CA 94104 | Menlo Park, California 94025-4008 |
| Telephone: 415/288-4545 | Telephone: (650) 838-2000 |
| 415/288-4534 (fax) | Facsimile: (650) 838-2001 |
| shawnw@rgrdlaw.com | gidon.caine@alston.com |
| – and – | JESSICA P. CORLEY (admitted *pro hac vice*) |
| JULIE A. KEARNS (246949) | ALSTON & BIRD LLP |
| 655 West Broadway, Suite 1900 | One Atlantic Center |
| San Diego, CA 92101 | 1201 West Peachtree Street |
| Telephone: 619/231-1058 | Atlanta, Georgia 30309-3424 |
| 619/231-7423 (fax) | Telephone (404) 881-7000 |
| jkearns@rgrdlaw.com | Facsimile (404) 881-7777 |
| | jessica.corley@alston.com |
| Lead Counsel for Plaintiffs | Attorneys for Defendants OCLARO, INC., ALAIN COUDER, and JERRY TURIN |

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> OCLARO, INC., et al., <br><br> Defendants. | No. C11-02448-EMC <br> and related consolidated action <br> (Lead Case No. C11-3176-EMC) <br> (Derivative Action) |
| In re OCLARO, INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br>    C11-02448-EMC | Lead Case No. C11-3176-EMC <br> (Derivative Action) |

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

915024_1

1  The parties are pleased to report that they anticipate executing a stipulation of settlement no
2  later than next week, and that Lead Counsel for Plaintiffs will file an unopposed motion for
3  preliminary approval no later than 10 calendar days from execution.

4

5  DATED: February 7, 2014                         Respectfully submitted,

6                                                  ROBBINS GELLER RUDMAN
                                                     & DOWD LLP
7                                                  SHAWN A. WILLIAMS

8

9                                                         s/ Shawn A. Williams
                                                   SHAWN A. WILLIAMS
10

11                                                 Post Montgomery Center
                                                   One Montgomery Street, Suite 1800
12                                                 San Francisco, CA  94104
                                                   Telephone:  415/288-4545
                                                   415/288-4534 (fax)
13
                                                   ROBBINS GELLER RUDMAN
14                                                   & DOWD LLP
                                                   JULIE A. KEARNS
15                                                 655 West Broadway, Suite 1900
                                                   San Diego, CA  92101
16                                                 Telephone:  619/231-1058
                                                   619/231-7423 (fax)
17
                                                   Lead Counsel for Plaintiffs
18
                                                   ROBERT M. CHEVERIE & ASSOCIATES
19                                                 GREGORY S. CAMPORA
                                                   Commerce Center One
20                                                 333 E. River Drive, Suite 101
                                                   East Hartford, CT  06108
21                                                 Telephone:  860/290-9610
                                                   860/290-9611 (fax)
22

23

24  IT IS SO ORDERED that the CMC is reset from 2/13/14 to 4/24/14 at 10:30 a.m.
    An updated joint CMC statement shall be filed by 4/17/14.
25  _____
26  Edward M. Chen
    U.S. District Judge
27

28

GRANTED

Judge Edward M. Chen

915024_1   JOINT CASE MANAGEMENT CONFERENCE STATEMENT - No. C11-02448-EMC                  - 1 -

|   |   |
|---|---|
| | HOLZER HOLZER & FISTEL, LLC |
| | MICHAEL I. FISTEL, JR. |
| | 200 Ashford Center North, Suite 300 |
| | Atlanta, GA  30338 |
| | Telephone:  770/392-0090 |
| | 770/392-0029 (fax) |
| | |
| | DYER & BERENS LLP |
| | ROBERT J. DYER III |
| | JEFFREY A. BERENS |
| | 303 East 17th Avenue, Suite 300 |
| | Denver, CO  80203 |
| | Telephone:  303/861-1764 |
| | 303/395-0393 (fax) |
| | |
| | Additional Counsel for Plaintiffs |
| DATED:  February 7, 2014 | ALSTON & BIRD LLP |
| | |
| |     s/ Gidon M. Caine |
| | GIDON M. CAINE |
| | |
| | 275 Middlefield Road, Suite 150 |
| | Menlo Park, California 94025-4008 |
| | Telephone:  650'838-2000 |
| | 650/838-2001 (fax) |
| | gidon.caine@alston.com |
| | |
| | ALSTON & BIRD LLP |
| | JESSICA P. CORLEY (*pro hac vice*) |
| | One Atlantic Center |
| | 1201 West Peachtree Street |
| | Atlanta, Georgia 30309-3424 |
| | Telephone: 404/881-7000 |
| | 404/881-7777 (fax) |
| | jessica.corley@alston.com |
| | |
| | Counsel for Defendants Oclaro, Inc., Alain Couder, and Jerry Turin |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Gidon M. Caine has concurred in this filing.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 7, 2014.

                                            s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:  shawnw@rgrdlaw.com

915024_1

# Mailing Information for a Case 3:11-cv-02448-EMC Westley et al v. Oclaro, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gidon M. Caine**
  gidon.caine@alston.com,joe.tully@alston.com,kathy.kirk@alston.com,chuck.mattson@alston.com

- **Jessica Perry Corley**
  jessica.corley@alston.com

- **Michael I. Fistel , Jr**
  mfistel@holzerlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,nathanh@johnsonandweaver.com,shawnf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Tina Mehr**
  tina.mehr@alston.com

- **Brian O. O'Mara**
  bo'mara@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com

- **Andrew Townsend Sumner**
  andy.sumner@alston.com

- **Joseph G Tully**
  joe.tully@alston.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Robert              J. Dyer                                           , III
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
```