ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
ssarkis@rgrdlaw.com
       – and –
JEFFREY D. LIGHT (159515)
JULIE A. KEARNS (246949)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com
jkearns@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS AND CHARLOTTE WESTLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>OCLARO, INC., et al.,<br><br>              Defendants. | No. C11-02448-EMC<br>and related consolidated action<br>(Lead Case No. C11-3176-EMC)<br>(Derivative Action)<br><br>ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND OVERRULING OBJECTIONS |
| In re OCLARO, INC. DERIVATIVE LITIGATION | Lead Case No. C11-3176-EMC<br>(Derivative Action) |
| This Document Relates To:<br><br>    *Westley v. Oclaro, Inc., et al.*, C11-02448-EMC. | |

955888_1

THIS MATTER having come before the Court on Lead Plaintiff's application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Amended Stipulation of Settlement dated as of April 30, 2014 (the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons who are Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Notice of Proposed Settlement of Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

5. The Court has considered the objections filed by Loretta N. Blum and Fred Blum. Purchasers of options are not included in the definition of the class. Correspondingly, the release does not govern claims relating to options purchases. In other words, the Blums' potential claims as

///
///
///
///
///
///

1  options purchasers are not governed by this settlement.  The Blums are not class members, and
2  therefore the Blums lack standing to object.  The objections are therefore overruled in their entirety.

4         IT IS SO ORDERED.

6  DATED:  August 13, 2014

8  _____
   EDWARD M. CHEN
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

10  Submitted by:

11  ROBBINS GELLER RUDMAN
       & DOWD LLP
12  SHAWN A. WILLIAMS
13  SUNNY S. SARKIS

         s/ Shawn A. Williams
15       SHAWN A. WILLIAMS

16  Post Montgomery Center
17  One Montgomery Street, Suite 1800
    San Francisco, CA  94104
    Telephone:  415/288-4545
18  415/288-4534 (fax)

19  ROBBINS GELLER RUDMAN
       & DOWD LLP
20  JEFFREY D. LIGHT
    JULIE A. KEARNS
21  655 West Broadway, Suite 1900
    San Diego, CA  92101
22  Telephone:  619/231-1058
    619/231-7423 (fax)
23

24  Lead Counsel for Plaintiffs

25  ROBERT M. CHEVERIE & ASSOCIATES
    GREGORY S. CAMPORA
26  Commerce Center One
    333 E. River Drive, Suite 101
27  East Hartford, CT  06108
    Telephone:  860/290-9610
28  860/290-9611 (fax)

| | |
|---|---|
| 1 | |
| 2 | HOLZER HOLZER & FISTEL, LLC<br>MICHAEL I. FISTEL, JR. |
| 3 | 200 Ashford Center North, Suite 300<br>Atlanta, GA  30338 |
| 4 | Telephone:  770/392-0090<br>770/392-0029 (fax) |
| 5 | DYER & BERENS LLP |
| 6 | ROBERT J. DYER III<br>JEFFREY A. BERENS |
| 7 | 303 East 17th Avenue, Suite 810<br>Denver, CO  80203 |
| 8 | Telephone:  303/861-1764<br>303/395-0393 (fax) |
| 9 | Additional Counsel for Plaintiff |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

955888_1

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS –
C11-02448-EMC

- 3 -