United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS WESTLEY, *et al.*,

Plaintiffs,

v.

OCLARO, INC., *et al.*,

Defendants.
_______________________________________/

No. C-11-2448 EMC

**JUDGMENT IN A CIVIL CASE**

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER APPROVING THE SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE filed on August 13, 2014.** The Clerk of the Court is directed to close the file in this case.

Dated: August 13, 2014

___________________________
EDWARD M. CHEN
United States District Judge